# Exhibit A

| Copyright Registration No. | Title | Author(s) |
|---|---|---|
| TX0003862926 | Chicken soup for the soul :101 stories to open the heart & rekindle the spirit /Jack Canfield and Mark Victor Hansen | Jack Canfield and Mark Victor Hansen |
| TX0004179856 | A 2nd helping of chicken soup for the soul :101 more stories to open the heart and rekindle the spirit /Jack Canfield and Mark Victor Hansen | Jack Canfield and Mark Victor Hansen |
| TX0004294317 | Sopa de pollo para el alma :relatos que conmueven el corazon y ponen fuego en el espiritu /Jack Canfield y Mark Victor Hansen ; traducido por Guillermo H. Vazquez P. | Jack Canfield and Mark Victor Hansen |
| TX0004179853 | Chicken soup for the soul cookbook :101 stories with recipes from the heart /Jack Canfield, Mark Victor Hansen and Diana VonWelanetz Wentworth | Jack Canfield,  Mark Victor Hansen and Diana von Welanetz Wentworth |
| TX0004326878 | A 3rd serving of Chicken soup for the soul :101 more stories to open the heart and rekindle the spirit /Jack Canfield and Mark Victor Hansen | Jack Canfield and Mark Victor Hansen |
| TX0004429577 | Chicken soup for the surviving soul :101 stories of courage and inspiration from those who have survived cancer /Jack Canfield, Mark Victor Hansen, Patty Aubery, Nancy Mitchell | Jack Canfield, Mark Victor Hansen, Patty Aubrey, Nancy Mitchell, R.N., and Beverly Kirkhart |
| TX0004430265 | A Cup of Chicken Soup for the Soul :stories to open the heart and rekindle the spirit /Jack Canfield, Mark Victor Hansen, and Barry Spilchuk | Jack Canfield, Mark Victor Hansen and Barry Spilchuk |
| TX0004429512 | Condensed chicken soup for the soul /Jack Canfield, Mark Victor Hansen and Patty Hansen | Jack Canfield, Mark Victor Hansen and Patty Hansen |
| TX0004435073 | Chicken Soup for the Soul at work :101 stories of courage, compassion and creativity in the workplace | Jack Canfield, Mark Victor Hansen, Maida Rogerson, Martin Rutte and Tim Clauss |
| TX0004429578 | Chicken soup for the woman's soul :101 stories to open the hearts and rekindle the spirits of women | Jack Canfield, Mark Victor Hansen, Jennifer Read Hawthorne and Marci Shimoff |
| TX0004529945 | A 4th course of chicken soup for the soul :101 stories to open the heart and rekindle the spirit | Jack Canfield, Mark Victor Hansen, Hanoch McCarty, Meladee McCarty |
| TX0004558165 | Chicken soup for the teenage soul :101 stories of life, love, and learning | Jack Canfield, Mark Victor Hansen and Kimberly Kirberger |
| TX0004648935 | Chicken soup for the Christian soul :101 stories to open the heart and rekindle the spirit | Jack Canfield, Mark Victor Hansen, Patty Aubrey and Nancy Mitchell |
| TX0004561922 | Chicken Soup for Little Souls: The Goodness Gorillas  Title on copyright website: The goodness gorillas /story adaptation | Jack Canfield, Mark Victor Hansen |
| TX0004659718 | Chicken soup for the mother's soul :101 stories to open the hearts and rekindle the spirits of mothers | Jack Canfield, Mark Victor Hansen, Jennifer Read Hawthorne and Marci Shimoff |
| TX0004704135 | Chicken soup for the pet lover's soul :stories about pets as teachers, healers, heroes and friends /storytelling at its best by Jack Canfield, Mark Victor Hensen, Marty Becker, and Carol Kline | Jack Canfield, Mark Victor Hansen, Marty Becker, D.V.M. and Carol Kline |
| TX0004679583 | A 5th portion of Chicken Soup for the Soul :101 more stories to open the heart and rekindle the spirit | Jack Canfield and Mark Victor Hansen |
| VA0000895623 | Chicken soup for little souls :A dog of my own /story by Lisa McCourt | Jack Canfield, Mark Victor Hansen |
| VA0000895621 | Chicken soup for little souls :the Braids girl /story by Lisa McCourt ; illustrated by Tim Ladwig | Jack Canfield, Mark Victor Hansen |
| TX0007134263 | Chicken Soup for the Pet Lover's Soul | Jack Canfield, Mark Victor Hansen, Carol Kline |
| TX0004839104 | Chicken soup for the kid's soul :101 stories of courage, hope and laughter | Jack Canfield, Mark Victor Hansen, Patty Hansen and Irene Dunlap |
| TX0004843929 | Chicken Soup for the Country Soul: Stories Served up Country-style and Straight from the Heart | Jack Canfield, Mark Victor Hansen and Ron Camacho |
| VA0000950352 | Chicken soup for little souls :the new kid and the cookie thief | Jack Canfield, Mark Victor Hansen |

| Copyright Registration No. | Title | Author(s) |
|---|---|---|
| TX0007009481 | A Second Chicken Soup for the Woman's Soul | Jack Canfield, Mark Victor Hansen, Jennifer Read Hawthorne and Marci Shimoff |
| TX0004889679 | Chicken soup for the teenage soul II :101 more stories of life, love, and learning | Jack Canfield, Mark Victor Hansen and Kimberly Kirberger |
| TX0006684990 | Chicken soup for the teenage soul II :101 more stories of life, love, and learning /Jack Canfield, Mark Victor Hansen, Kimberly Kirberger | Jack Canfield, Kimberly Kirberger, and Mark Victor Hansen |
| TX0005010358 | A 6th bowl of Chicken Soup for the Soul :more stories to open the heart and rekindle the spirit | Jack Canfield and Mark Victor Hansen |
| TX0005010359 | Chicken soup for the couple's soul :inspirational stories about love and relationships | Jack Canfield, Mark Victor Hansen, Mark & Chrissy Donnelly and Barbara DeAngelis, Ph.D. |
| TX0005132317 | Chicken soup for the unsinkable soul /Jack Canfield, Mark Victor Hansen, Heather McNamara | Jack Canfield, Mark Victor Hansen and Heather McNamara |
| TX0005110480 | Chicken soup for the golfer's soul :101 stories of insights, inspiration, and laughter on the links | Jack Canfield, Mark Victor Hansen, Jeff Aubery and Mark & Chrissy Donnelly |
| TX0005160225 | Chicken soup for the single's soul :stories of love and inspiration for the single, divorced, and widowed | Jack Canfield, Mark Victor Hansen, Jennifer Read Hawthorne and Marci Shimoff |
| TX0005123003 | Chicken soup for the cat & dog lover's soul :celebrating pets as family with stories about cats, dogs and other critters | Jack Canfield, Mark Victor Hansen, Marty Becker, D.V.M. and Carol Kline |
| TX0005123004 | Chicken soup for the college soul :inspiring and humorous stories about college | Jack Canfield, Mark Victor Hansen, Kimberly Kirberger, Dan Clark and James Malinchak |
| TX0006661372 | Chicken soup for the college soul: inspiring and humorous stories about college | ack Canfield, Mark Victor Hansen, Kimberly Kirberger, and Dan Clark |
| TX0007009482 | Chicken Soup for the Golden Soul | Jack Canfield, Mark Victor Hansen, Paul J. Meyer, Barbara Russell Chesser and Amy Seeger |
| TX0005261102 | Chicken soup for the preteen soul :101 stories of changes, choices and growing up for kids ages 9-13 | Jack Canfield, Mark Victor Hansen, Patty Hansen and Irene Dunlap |
| TX0005210832 | Chicken soup for the Christian family soul :stories to open and rekindle the spirit | Jack Canfield, Mark Victor Hansen, Patty Aubery and Nancy Mitchell-Autio |
| TX0007009472 | Chicken Soup for the Teenage Soul III | Jack Canfield, Mark Victor Hansen, and Kimberly Kirberger |
| TX0005216797 | Chicken soup for the writer's soul :stories to open the heart and rekindle the spirit of writers | Jack Canfield, Mark Victor Hansen, and Bud Gardner |
| TX0005216798 | Chicken soup for the expectant mother's soul :101 stories to inspire and warm the hearts of soon-to-be mothers | Jack Canfield, Mark Victor Hansen, Patty Aubery and Nancy Mitchell |
| TX0005216794 | Chicken soup for the prisoner's soul :101 stories to open the heart and rekindle the spirit of hope, healing, and forgiveness | Jack Canfield, Mark Victor Hansen and Tom Lagana |
| TX0005216793 | Chicken soup for the parent's soul :stories of loving, learning, and parenting | Jack Canfield, Mark Victor Hansen, Kimberly Kirberger and Raymond Aaron |
| TX0005312525 | Chicken soup for the sports fan's soul | Jack Canfield, Mark Victor Hansen, Mark & Chrissy Donnelly and Jim Tunney |
| TX0005386776 | Chicken soup for the gardener's soul /Jack Canfield, Mark Victor Hansen, Cynthia Brian ... [et al.] | Jack Canfield, Mark Victor Hansen, Cynthia Brian, Cindy Buck, Marion Owen, Pat Stone and Carol Sturgulewski |
| TX0005383808 | Chicken soup for the mother's soul :2 : more stories to open the hearts and rekindle the spirits of mothers | Jack Canfield, Mark Victor Hansen, Marci Shimoff and Carol Kline |
| TX0005383807 | Chicken soup for the teenage soul letters :letters of life, love, and learning | Jack Canfield, Mark Victor Hansen and Kimberly Kirberger |
| TX0005414101 | Chicken soup for the father's soul :stories to open the hearts and rekindle the spirits of fathers | Jack Canfield, Mark Victor Hansen, Jeff Aubery and Mark and Chrissy Donnelly |
| TX0005443498 | Chicken soup for the veteran's soul :stories to stir the pride and honor the courage of our veterans | Jack Canfield, Mark Victor Hansen and Sidney R. Slagter |
| TX0005872507 | Chicken soup for the nurse's soul :101 stories to celebrate, honor and inspire the nursing profession | Jack Canfield, Mark Victor Hansen, Nancy Mitchell-Autio and LeAnn Thieman, L.P.N. |
| TX0005665105 | Chicken soup for the Jewish soul :stories to open the heart and rekindle the spirit | Jack Canfield, Mark Victor Hansen and Rabbi Dov Peretz Elkins |

| Copyright Registration No. | Title | Author(s) |
|---|---|---|
| TX0005665104 | Chicken soup for the baseball fan's soul :inspirational stories of baseball, big-league dreams and the game of life | Jack Canfield, Mark Victor Hansen, Mark and Chrissy Donnelly and Tommy Lasorda |
| TX0005468866 | Chicken soup for the teenage soul on tough stuff :stories of tough times and lessons learned | Jack Canfield, Mark Victor Hansen and Kimberly Kirberger |
| TX0005676054 | Chicken Soup for the Soul Christmas treasury :holiday stories to warm the heart | Jack Canfield, Mark Victor Hansen |
| TX0005505365 | Chicken soup for the traveler's soul :stories of adventure, inspiration and insight to celebrate the spirit of travel | Jack Canfield, Mark Victor Hansen and Steve Zikman |
| TX0005525555 | Chicken Soup for the Soul of America :stories to heal the heart of our nation | Jack Canfield, Mark Victor Hansen and Matt Adams |
| TX0005546454 | Chicken soup for the grandparent's soul /Jack Canfield, Mark Victor Hansen, Meladee McCarty, Hanoch McCarty | Jack Canfield, Mark Victor Hansen, Meladee McCarty and Hanoch McCarty |
| TX0005546431 | Chicken soup for the teacher's soul :stories to open the hearts and rekindle the spirits of educators | Jack Canfield, Mark Victor Hansen |
| TX0005624714 | Chicken soup for the golfer's soul :the 2nd round : more stories of insight, inspiration, and laughter on the links | Jack Canfield, Mark Victor Hansen, Jeff Aubery and Mark & Chrissy Donnelly |
| TX0005609535 | Chicken soup for the volunteer's soul :stories to celebrate the spirit of courage, caring, and community | Jack Canfield, Mark Victor Hansen, Arline McGraw Oberst, john T. Boal, Tom Lagana and Laura Lagana |
| TX0005867100 | Chicken soup for the Canadian soul :stories to inspire and uplift the hearts of Canadians | Jack Canfield, Mark Victor Hansen, Janet Matthews and Raymond Aaron |
| TX0005598141 | Chicken soup for the Christian woman's soul :stories to open the heart and rekindle the spirit | Jack Canfield, Mark Victor Hansen, Patty Aubery, Nancy Mitchell-Autio and LeAnn Thieman |
| TX0005701347 | Chicken Soup for the Soul Christmas treasury for kids | Jack Canfield, Mark Victor Hansen, Patty Hansen and Irene Dunlap |
| TX0005706364 | Chicken soup for the teenage soul on love & friendship /Jack Canfield, Mark Victor Hansen, Kimberly Kirberger | Jack Canfield, Mark Victor Hansen and Kimberly Kirberger |
| TX0006678954 | Chicken soup for the teenage soul on love and friendship | Jack Canfield, Kimberly Kirberger, and Mark Victor Hansen |
| TX0005700598 | Chicken soup for the sister's soul /Jack Canfield, Mark Victor Hansen, Patty Mitchell ... [et al.] | Jack Canfield, Mark Victor Hansen, Patty & Nancy Mitchell, Heather and Katy McNamara |
| TX0005706370 | Chicken soup for the romantic soul :inspirations stories about love and romance | Jack Canfield, Mark Victor Hansen, Mark & Chrissy Donnelly and Barbara DeAngelis, Ph.D. |
| TX0005733334 | Chicken Soup for the Soul :cartoons for moms /Jack Canfield, Mark Victor Hansen, John McPherson | Jack Canfield, Mark Victor Hansen and John McPherson |
| TX0005835852 | Chicken soup for the grieving soul /Jack Canfield, Mark Victor Hansen | Jack Canfield, Mark Victor Hansen |
| TX0005835851 | Chicken soup for the Mother and Daughter soul /Jack Canfield, Mark Victor Hansen, Dorothy Firman, Julie Firman and Frances Firman Salorio | Jack Canfield, Mark Victor Hansen, Dorothy Firman, Julie Firman and Frances Firman Salorio |
| TX0005733010 | Chicken soup from the soul of Hawaii :stories of aloha to create paradise where you are | Jack Canfield, Mark Victor Hansen, Sharon Linnea and Robin Stephens Rohr |
| TX0005782936 | Chicken soup for the NASCAR soul :inspirational stories of courage, speed and overcoming adversity | Jack Canfield, Mark Victor Hansen, Matthew E. Adams, Jeff Aubery and Kirk Autio |
| TX0005782912 | Chicken Soup for the Soul celebrates teachers :a collection in words and photographs | Jack Canfield, Mark Victor Hansen and Sharon Wohlmuth |
| TX0005771475 | Chicken soup for the Christian teenage soul :stories of faith, love, inspiration, and hope | Jack Canfield, Mark Victor Hansen, Kimberly Kirberger, Patty Aubery and Nancy Mitchell-Autio |
| TX0006678955 | Chicken soup for the horse lover's soul | Jack Canfield, Mark Victor Hansen, Marty Becker, DVM, Gary Seidler, Peter Vegso and Theresa Peluso |
| TX0005756283 | Chicken soup for the horse lover's soul /Jack Canfield, Mark Victor Hansen, Marty Becker ... [et al.] | Jack Canfield, Mark Victor Hansen, Marty Becker, Gary Seidler, Pter Vegso, and Theresa Peluso |
| TX0005827305 | Chicken soup for the working woman's soul :humorous and inspirational stories to celebrate the many roles of working women | Jack Canfield, Mark Victor Hansen, Patty Aubery and Mark & Chrissy Donnelly |
| TX0007190520 | Sopa de Pollo para Alma de la Mujer | Jack Canfield, Mark Victor Hansen, Jennifer Read Hawthorne and Marci Shimoff |

| Copyright Registration No. | Title | Author(s) |
|---|---|---|
| TX0007170553 | Sopa de Pollo para el Alma de la Pareja | Jack Canfield, Mark Victor Hansen, Mark & Chrissy Donnelly  and Barbara DeAngelis, Ph.D. |
| TX0007190556 | Una 2a Racion de Sopa de Pollo Para el Alma del Adolescente | Jack Canfield, Mark Victor Hansen and Kimberly Kirberger |
| TX0005799091 | Chicken Soup for the Soul :living your dreams : inspirational stories, powerful principles and practical techniques to help you make your dreams come true | Jack Canfield and Mark Victor Hansen |
| TX0005817046 | Chicken soup for the ocean lover's soul :amazing sea stories and Wyland artwork to open the heart and rekindle the spirit | Jack Canfield, Mark Victor Hansen  and Wyland |
| TX0005913414 | Chicken Soup For the Soul cartoons for dads /Jack Canfield, Mark Victor Hansen, John McPherson | Jack Canfield, Mark Victor Hansen and John McPherson |
| TX0005859628 | Chicken Soup for the Soul celebrates mothers /a collection in words and photographs | Jack Canfield, Mark Victor Hansen and Sharon Wohlmuth |
| TX0005918515 | Chicken soup to inspire the body and soul :motivation and inspiration for living and loving a healthy lifestyle | Jack Canfield, Mark Victor Hansen, Dan Millman and Diana von Welanetz Wentworth |
| TX0005947801 | Chicken soup for the bride's soul :stories of love, laughter and commitment to last a lifetime | Jack Canfield, Mark Victor Hansen, Maria Nickless and Gina Romanello |
| TX0006016230 | Chicken Soup for the Soul celebrates sisters :a collection in words and photos | Jack Canfield, Mark Victor Hansen and Bushkin Stave |
| TX0005947474 | Chicken soup for the nature lover's soul :inspiring stories of joy, insight and adventure in the great outdoors /Jack Canfield, Mark Victor Hansen, Steve Zikman | Jack Canfield, Mark Victor Hansen and Steve Zikman |
| TX0005970696 | Chicken Soup for the Soul cartoons for teachers /Jack Canfield, Mark Victor Hansen, John McPherson | Jack Canfield, Mark Victor Hansen and John McPherson |
| TX0005970699 | Life lessons for women /Jack Canfield, Mark Victor Hansen, Stephanie Marston | Jack Canfield, Mark Victor Hansen and Stephanie Marston, M.F.T. |
| TX0007190576 | Sopa de Pollo para el Alma de los Niños | Jack Canfield, Mark Victor Hansen, Patty Hansen and Irene Dunlap |
| TX0006008899 | Chicken soup for the preteen soul 2 :stories about facing challenges, realizing dreams and making a difference | Jack Canfield, Mark Victor Hansen, Patty Hansen and Irene Dunlap |
| TX0007190535 | Sopa de Pollo Para El Alma del Amante de Los Caballos | Jack Canfield, Mark Victor Hansen, Marty Becker, DVM, Gary Seidler, Peter Vegso and Theresa Peluso |
| TX0006055234 | Chicken soup for the African American soul :celebrating and sharing our culture one story at a time | Jack Canfield, Mark Victor Hansen, Lisa Nichols and Tom Joyner |
| TX0006073388 | Chicken Soup for the Soul celebrates cats and the people who love them :a collection of words and photographs | Jack Canfield, Mark Victor Hansen, Marty Becker, DVM, Gary Seidler, Peter Vegso and Theresa Peluso |
| TX0006074861 | Chicken Soup for the Soul celebrates dogs and the people who love them :a collection in words and photographs | Jack Canfield, Mark Victor Hansen and Sharon Wohlmuth |
| TX0006684987 | Chicken soup for the teenage soul IV | Jack Canfield, Mark Victor Hansen, Kimberly Kirberger and Mitch Claspy |
| TX0006102983 | Chicken soup for the teenage soul IV /Jack Canfield, Mark Victor Hansen, Kimberly Kirberger, Mitch Claspy | Jack Canfield, Mark Victor Hansen, Kimberly Kirberger, Mitch Claspy |
| TX0006155138 | Chicken soup for the single parent's soul | Jack Canfield, Mark Victor Hansen, Laurie Hartman and Nancy Vogl |
| TX0006155139 | Chicken soup for every mom's soul | Jack Canfield, Mark Victor Hansen, Heather McNamara and Marci Shimoff |
| TX0006998811 | Chicken Soup for the Soul Celebrates Grandmothers | Jack Canfield, Mark Victor Hansen, and Lori Brystan |
| TX0006261940 | Chicken soup for the fisherman's soul :fish tales to hook your spirit and snag your funny bone | Jack Canfield, Mark Victor Hansen, Ken McKowen and Dahlynn McKowen |
| TX0006183062 | Chicken soup for the soul :menopause - original title<br><br>Chicken Soup for the Soul Healthy Living Series: Menopause - title on assignments | Jack Canfield, Mark Victor Hansen, and Susan Hendrix, D.O. |

| Copyright Registration No. | Title | Author(s) |
|---|---|---|
| TX0006183064 | Chicken soup for the soul :weight loss - original title<br><br>Chicken soup for the soul healthy living series: weight loss - title on assignmetns | Jack Canfield, Mark Victor Hansen, and Andrew Larson, M.D. |
| TX0006183463 | Heart disease - original title<br><br>Chicken Soup for the Soul Healthy Living Series: Heart Disease - title on assignments | Jack Canfield, Mark Victor Hansen, and Vicki Rackner, M.D. |
| TX0006193738 | Chicken soup for the miliary wife's soul | Jack Canfield, Mark Victor Hansen, Charles Preston and Cindy Pedersen |
| TX0006194803 | Chicken soup for the father & daughter soul | Jack Canfield, Mark Victor Hansen, Nancy Autio, Patty Aubery and  LeAnn Thieman |
| TX0006194781 | Chicken Soup for the Soul :cartoons for golfers | Jack Canfield, Mark Victor Hansen and John McPherson |
| TX0006261937 | Chicken soup for the caregiver's soul :stories to inspire caregivers in the home, the community and the world | Jack Canfield, Mark Victor Hansen, and  LeAnn Thieman, L.P.N. |
| TX0006261938 | Chicken soup for the recovering soul :your personal, portable support group with stories of healing, hope, love and resilience | Jack Canfield, Mark Victor Hansen, Robert Ackerman, Ph.D., Theresa Peluso, Gary Seidler and Peter Vegso |
| TX0006194317 | Chicken soup for the teenage soul :the real deal, school | Jack Canfield, Mark Victor Hansen and Deborah Reber |
| TX0006234469 | Chicken soup for the Latino soul :celebrating la comunidad Latina | Jack Canfield, Mark Victor Hansen and Susan Sanchez-Casal |
| TX0006234473 | Chicken soup for the grandma's soul :stories to honor and celebrate the ageless love of grandmothers | Jack Canfield, Mark Victor Hansen, and  LeAnn Thieman |
| TX0006245161 | Chicken soup for the soul :stories for a better world /Jack Canfield, Mark Victor Hansen, Candice C. Carter, Susanna Palomares, Linda K. Williams, Bradley L. Winch | Jack Canfield, Mark Victor Hansen, Candice C. Carter, Susanna Palomares, Linda K. Williams and Bradley L. Winch |
| TX0006261939 | Chicken soup for the girlfriend's soul :celebrating the friends who cheer us up, cheer us on and make our lives complete | Jack Canfield, Mark Victor Hansen, Mark & Chrissy Donnelly and Stefanie Adrian |
| TX0006245164 | Chicken soup for the girl's soul :real stories by real girls about real stuff | Jack Canfield, Mark Victor Hansen, Patty Hansen and Irene Dunlap |
| TX0006245127 | Chicken Soup for the Soul :the book of Christmas virtues : inspirational stories to warm the heart | Jack Canfield, Mark Victor Hansen and Carol McAdoo Rehme |
| TX0006183063 | Chicken soup for the soul :breast cancer - original title<br><br>Chicken Soup for the Soul Healthy Living Series: Breast Cancer - title on assignments | Jack Canfield, Mark Victor Hansen, Edward Creagan, M.D. and Mary Olsen Kelly |
| TX0006245165 | Chicken soup for the Latter-day Saint soul :stories celebrating the faith and family of Latter-day Saints | Jack Canfield, Mark Victor Hansen and Sherm and Peg Fugal |
| TX0006268644 | Chicken soup for the cat lover's soul | Jack Canfield, Mark Victor Hansen, Marty Becker, D.V.M., Carol Kline and Amy Shojai |
| TX0006267435 | Chicken soup for the dog lover's soul | Jack Canfield, Mark Victor Hansen, Marty Becker, D.V.M., Carol Kline and Amy Shojai |
| TX0006295860 | Chicken soup for the teenage soul's :the real deal : friends, best, worst, old, new, lost, false, true and more | Jack Canfield, Mark Victor Hansen and Deborah Reber |
| TX0006309255 | Chicken soup for the recovering soul :daily inspirations | Jack Canfield, Mark Victor Hansen, Peter Vegso, Gary Seidler, theresa Peluso, Tian Dayton, Rokelle Lerner and Robert Ackerman |
| TX0006319342 | Chicken soup for the soul :daily inspirations for women | Jack Canfield, Mark Victor Hansen and Marcia Higgins White |
| TX0006521761 | Chicken soup for the dieter's soul | Jack Canfield, Mark Victor Hansen and Theresa Peluso |
| TX0006520435 | Chicken soup for the dieter's soul, daily inspirations | Jack Canfield, Mark Victor Hansen and Patricia Lorenz |
| TX0006319332 | Chicken soup for Christian soul 2 :stories of faith, hope and healing | Jack Canfield, Mark Victor Hansen and LeAnn Thieman |
| TX0006467994 | Arthritis - original title<br><br>Chicken Soup for the Soul Healthy Living Series: Arthritis - title on assignments | Jack Canfield, Mark Victor Hansen and  David Pisetsky, M.D., Ph.D. |

| Copyright Registration No. | Title | Author(s) |
|---|---|---|
| TX0006337882 | Asthma - original title<br><br>Chicken Soup for the Soul Healthy Living Series: Asthma - title on assignments | Jack Canfield, Mark Victor Hansen and  Norman Edelman, M.D. |
| TX0006335117 | Chicken soup for the horse lover's soul: 2 - original title<br><br>Chicken soup for the horse lover's soul II - title on assignments | Jack Canfield, Mark Victor Hansen, Marty Becker, D.V.M., Teresa Becker, Peter Vegso and Theresa Peluso |
| TX0006337883 | Diabetes - original title<br><br>Chicken Soup for the Soul Healthy Living Series: Diabetes - title on assignments | Jack Canfield, Mark Victor Hansen and  Byron Hoogwerf, M.D. |
| TX0006335108 | Stress - original title<br><br>Chicken Soup for the Soul Healthy Living Series: Stress - title on assignments | Jack Canfield, Mark Victor Hansen and  Leslie Godwin |
| TX0006319967 | Chicken soup for the kid's soul 2 | Jack Canfield, Mark Victor Hansen, Patty Hansen and Irene Dunlap |
| TX0006354495 | Chicken soup for the mother of preschooler's soul | Jack Canfield, Mark Victor Hansen, Maria Nickless and Elisa Morgan with Carol McAdoo Rehme |
| TX0006354494 | Chicken soup for the mother and son soul | Jack Canfield, Mark Victor Hansen, LeAnn Thieman and Barbara LoMonaco |
| TX0006418116 | Chicken soup for the teenage soul :real deal! : challenges | Jack Canfield, Mark Victor Hansen and Deborah Reber |
| TX0006678956 | Chicken soup for scrapbooker's soul | Jack Canfield, Mark Victor Hansen, Allison Connors and Debbie Haas |
| TX0006439274 | Chicken soup for the scrapbooker's soul | Jack Canfield, Mark Victor Hansen, Allison Connors, Debbie Haas |
| TX0006661373 | Chicken soup for the African American woman's soul | Jack Canfield, Mark Victor Hansen, Lisa Nichols |
| TX0006439198 | Chicken soup for the African American woman's soul | Jack Canfield, Mark Victor Hansen and Lisa Nichols |
| TX0006458516 | Chicken soup for the entrepreneur's soul | Jack Canfield, Mark Victor Hansen, Dahlynn McKowen, John & Elizabeth Gardner, Tom Hill and Kyle Wilson |
| TX0006467993 | Back pain - original title<br><br>Chicken Soup for the Soul Healthy Living Series: Back Pain - title on assignments | Jack Canfield, Mark Victor Hansen and Jonathan Greer, M.D., FACP, FACR |
| TX0006458515 | Chicken soup for the breast cancer survivor's soul | Jack Canfield, Mark Victor Hansen, Patty Aubery, Nancy Mitchell, R.N., and Beverly Kirkhart |
| TX0006460128 | Chicken Soup for the sister's soul 2 | Jack Canfield, Mark Victor Hansen, Patty Aubery, and Kelly Zimmerman |
| TX0006518825 | Chicken soup for the shopper's soul :celebrating bargains, boutiques and the perfect pair of shoes | Jack Canfield, Mark Victor Hansen and Theresa Peluso |
| TX0006557479 | Chicken soup for the soul celebrating mothers and daughters | Jack Canfield, Mark Victor Hansen, Dorothy Firman, Juie Firman, and Frances Firman Salorio |
| TX0006579794 | Chicken soup for the new mom's soul | Jack Canfield, Mark Victor Hansen and Patty Aubery |
| TX0006579795 | Chicken soup for the woman golfer's soul | Jack Canfield, Mark Victor Hansen, Patty Aubery and Matthew E. Adams |
| TX0006631098 | CHICKEN SOUP FOR THE BEACH LOVER'S SOUL | Jack Canfield, Mark Victor Hansen, Patty Aubery and Peter Vegso |
| TX0006608635 | CHICKEN SOUP FOR THE SOUL: Healthy Living Series: MENOPAUSE | Jack Canfield, Mark Victor Hansen and Susan Hendrix, D.O. |
| TX0006998836 | A Chicken Soup for the Soul Christmas | Jack Canfield, Mark Victor Hansen |
| TX0006984513 | Chicken Soup for the Soul in the Classroom Elementary Edition | Jack Canfield, Mark Victor Hansen and Anna Unkovich |
| TX0006984522 | Chicken Soup for the Soul in the Classroom High School Edition | Jack Canfield, Mark Victor Hansen and Anna Unkovich |
| TX0006984492 | Chicken Soup for the Soul in the Classroom Middle School Edition | Jack Canfield, Mark Victor Hansen and Anna Unkovich |

| Copyright Registration No. | Title | Author(s) |
|---|---|---|
| TX0006984448 | Chicken Soup for the Soul Children with Special Needs | Jack Canfield, Mark Victor Hansen, Heather McNamara and Karen Simmons |
| TX0006984306 | Chicken Soup for the Soul Celebrating Brother and Sisters | Jack Canfield, Mark Victor Hansen, Ken McKowen and Dahlynn McKowen |
| TX0006932944 | CHICKEN SOUP FOR THE SOUL KIDS IN THE KITCHEN | Jack Canfield, Mark Victor Hansen, and Antonio Frontera |
| TX0006984419 | Chicken Soup for the Soul Life Lessons for Loving the Way you Live | Jack Canfield, Mark Victor Hansen, and Jennifer Read Hawthorne |
| TX0006984367 | CHICKEN SOUP FOR THE WORKING MOM'S SOUL | Jack Canfield, Mark Victor Hansen, and patty Aubery |
| TX0007002567 | Chicken Soup for the Chocolate Lover's Soul | Jack Canfield, Mark Victor Hansen, and Patricia Lorenz |
| TX0007002570 | Chicken Soup for the Coffee Lover's Soul | Jack Canfield, Mark Victor Hansen, and Theresa Peluso |
| TX0007002572 | Chicken Soup for the Tea Lover's Soul | Jack Canfield, Mark Victor Hansen, and Patricia Lorenz |
| TX0007002568 | Chicken Soup for the Wine Lover's Soul | Jack Canfield, Mark Victor Hansen, and Theresa Peluso |
| TX0007149557 | Chicken Soup For The Nurse's Soul Second Dose | Jack Canfield, Mark Victor Hansen, and LeAnn Thieman, L.P.N. |
| TX0007060795 | Chicken Soup for the Soul Celebrating People Who Make a Difference | Jack Canfield, Mark Victor Hansen, Peter Vegso and Theresa Peluso |
| TX0007033830 | Chicken Soup for the Adopted Soul | Jack Canfield, Mark Victor Hansen, and LeAnn Thieman |
| TX0007033917 | Chicken Soup for the Soul: A Tribute to Moms | Jack Canfield, Mark Victor Hansen, and patty Aubery |
| TX0007060784 | Chicken Soup for the Soul Love Stories | Jack Canfield, Mark Victor Hansen, and Peter Vegso |
| TX0007183630 | Chicken Soup for the Soul Teens Talkin' Faith | Jack Canfield, Mark Victor Hansen, and Michelle L. Trujillo |
| TX0007183724 | Chicken Soup for the Soul Life Lessons for Mastering the Law Of Attraction | Jack Canfield, Mark Victor Hansen |
| TX0007178801 | Chicken Soup for the Father and Son's Soul | Jack Canfield, Mark Victor Hansen, Dorothy Firman and Ted Slawski |
| TX0006882315 | Moms Know Best | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0006882313 | Preteens Talk | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0006882316 | Teens Talk Growing Up | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0006878686 | Loving Our Cats | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0006878689 | Loving Our Dogs | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0006878693 | Teens Talk Tough Times | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0006893278 | Chicken Soup for the Soul: Older & Wiser | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0006893289 | Chicken Soup for the Soul : Woman to Woman | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0006892207 | Chicken Soup for the Soul: Dads & Daughters | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0006892176 | Chicken Soup for the Soul: Grand and Great | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0006888650 | Chicken Soup for the Soul: Happily Ever After | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0006888640 | Chicken Soup for the Soul: Like Mother Like Daughter | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0006888659 | Chicken Soup for the Soul: Moms & Sons | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0006893283 | Chicken Soup for the Soul: Teens Talk Relationships | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0006892206 | Chicken Soup for the Soul: The Wisdom of Dads | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0006957797 | Chicken Soup for the Soul: Divorce and Recovery | Jack Canfield, Mark Victor Hansen, Patty Hansen |
| TX0007134438 | Chicken Soup for the Soul: Empty Nesters | Jack Canfield, Mark Victor Hansen, Carol McAdoo Rehme, Patricia Cena Evans |
| TX0006947144 | Chicken Soup for the Soul: On Being a Parent | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0006957813 | Chicken Soup for the Soul: Christian Kids | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0006957806 | Chicken Soup for the Soul: Christian Teen Talk | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0006958028 | Chicken Soup for the Soul: Christmas Cheer | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0006957818 | Chicken Soup for the Soul: Stories of Faith | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0006957790 | Chicken Soup for the Soul: Tales of Golf and Sport | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX9558849 | CHICKEN SOUP FOR THE SOUL: TEENS TALK HIGH SCHOOL: 101 Stories of Life, Love and Learning for Older Teens | Jack Canfield, Mark Victor Hansen, Amy Newmark , Madeline Clapps |
| TX0009502148 | Chicken Soup for the Soul: Teens Talk Middle School: 101 Stories of Life, Love, and Learning for Younger Teens | Jack Canfield, Mark Victor Hansen, Amy Newmark, Madeline Clapps, Valerie Howlett |

| Copyright Registration No. | Title | Author(s) |
|---|---|---|
| TX0006941653 | Chicken Soup for the Soul: Living Catholic Faith | Jack Canfield, Mark Victor Hansen, LeAnn Thieman |
| TX0009510293 | Chicken Soup for the Soul: My Resolution: 101 Stories? Great Ideas for Your Mind, Body, and? Wallet | Jack Canfield, Mark Victor Hansen, D'ette Corona, Barbara LoMonaco |
| TX0009503405 | Chicken Soup for the Soul: Inside Basketball: 101 Great Hoop Stories from Players, Coaches, and Fans | Jack Canfield, Mark Victor Hansen, Pat Williams |
| TX0009503434 | Chicken Soup for the Soul: The Cancer Book: 101 Stories of Courage, Support & Love | Jack Canfield, Mark Victor Hansen, David Tabatsky |
| TX0009505681 | Chicken Soup for the Soul: Twins And More: 101 Stories Celebrating Double Trouble and Multiple Blessings | Jack Canfield, Mark Victor Hansen, Susan M. Heim |
| TX0009505675 | Chicken Soup for the Soul: Power Moms: 101 Stories Celebrating the Power of Choice for Stay-at-Home and Work-from-Home Moms | Jack Canfield, Mark Victor Hansen, Wendy Walker |
| TX0009506180 | Chicken Soup for the Soul: Campus Chronicles: 101 Inspirational, Supportive, and Humorous Stories about Life in College | Jack Canfield, Mark Victor Hansen, Amy Newmark, Madeline Clapps |
| TX0009506177 | Chicken Soup for the Soul: The Golf Book: 101 Great Stories from the Course and the Clubhouse | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0009506969 | Chicken Soup for the Soul: Tough Times, Tough People: 101 Stories about Overcoming the Economic Crisis and Other Challenges | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0009509429 | CHICKEN SOUP FOR THE SOUL: EXTRAORDINARY TEENSChicken Soup for the Soul: Extraordinary Teens: Personal Stories and Advice from Today?s Most Inspiring Youth | Jack Canfield, Mark Victor Hansen, Kent Healy |
| TX0009499146 | Chicken Soup for the Soul: What I Learned From The Cat: 101 Stories about Life, Love, and Lessons | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0009510296 | Chicken Soup for the Soul: What I Learned From The Dog: 101 Stories about Life, Love, and Lessons | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0009508136 | Chicken Soup for the Soul: Devotional Stories For Women: 101 Daily Devotions to Comfort, Encourage, and Inspire Women | Susan M. Heim, Karen Talcott |
| TX0009506968 | Chicken Soup for the Soul: Count Your Blessings: 101 Stories of Gratitude, Fortitude, and Silver Linings | Jack Canfield, Mark Victor Hansen, Amy Newmark, Laura Robinson, Elizabeth Bryan |
| TX0009517962 | Chicken Soup for the Soul: True Love: 101 Heartwarming and Humorous Stories about Dating, Romance, Love, and Marriage | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0009520902 | Chicken Soup for the Soul: Teacher Tales: 101 Inspirational Stories from Great Teachers and Appreciative Students | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0009520965 | Chicken Soup for the Soul: NASCAR: 101 Stories of Family, Fortitude, and Fast Cars | Jack Canfield, Mark Victor Hansen, Cathy Elliott |
| TX0009517960 | Chicken Soup for the Soul: Thanks Mom: 101 Stories of Gratitude, Love, and Good Times | Jack Canfield, Mark Victor Hansen, Wendy Walker |
| TX0009503727 | Chicken Soup for the Soul: Thanks Dad: 101 Stories of Gratitude, Love, and Good Times | Jack Canfield, Mark Victor Hansen, Wendy Walker |
| TX0009503726 | Chicken Soup for the Soul: Runners: 101 Inspirational Stories of Energy, Endurance, and Endorphins | Jack Canfield, Mark Victor Hansen, Amy Newmark, Dean Karnazes |
| TX0009503730 | Chicken Soup for the Soul: A Book Of Miracles: 101 True Stories of Healing, Faith, Divine Intervention, and Answered Prayers | Jack Canfield, Mark Victor Hansen, LeAnn Thieman |
| TX0009508617 | Chicken Soup for the Soul: Think Positive: 101 Daily Devotions to Comfort, Encourage, and Inspire Mothers | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0009503728 | Chicken Soup for the Soul: Devotional Stories For Mothers: 101 Inspirational Stories about Counting Your Blessings and Having a Positive Attitude | Susan M. Heim, Karen Talcott |
| TX0009508621 | Chicken Soup for the Soul: Christmas Magic: 101 Holiday Tales of Inspiration, Love, and Wonder | Jack Canfield, Mark Victor Hansen, Amy Newmark |

| Copyright Registration No. | Title | Author(s) |
|---|---|---|
| TX0009508604 | Chicken Soup for the Soul: Family Matters: 101 Unforgettable Stories about Our Nutty but Lovable Families | Jack Canfield, Mark Victor Hansen, Amy Newmark, Susan M. Heim |
| TX0009518850 | Chicken Soup for the Soul: Tales Of Christmas: 101 Holiday Stories Bringing You All the Joy of the Season | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0009527614 | Chicken Soup for the Soul: The Gift Of Christmas: A Special Collection of Joyful Holiday Stories | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0009508610 | Chicken Soup for the Soul: Shaping The New You: 101 Encouraging Stories about Dieting and Fitness? and Finding What Works for You | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0009503942 | Chicken Soup for the Soul: Grieving And Recovery: 101 Inspirational and Comforting Stories about Surviving the Loss of a Loved One | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0009503652 | Chicken Soup for the Soul: Grandmothers: 101 Stories of Love, Laughs, and Lessons from Grandmothers and Grandchildren | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0009513033 | Chicken Soup for the Soul: My Cat's Life: 101 Stories about All the Ages and Stages of Our Feline Family Members | Jack Canfield, Mark Victor Hansen, Jennifer Quasha |
| TX9562001 | CHICKEN SOUP FOR THE SOUL: MY DOG'S LIFE | Jack Canfield, Mark Victor Hansen , Jennifer Quasha |
| TX0009513039 | Chicken Soup for the Soul: Country Music: The Inspirational Stories behind 101 of Your Favorite Country Songs | Jack Canfield, Mark Victor Hansen, Randy Rudder |
| TX0009513026 | Chicken Soup for the Soul: Just For Preteens: 101 Stories of Inspiration and Support for Tweens | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0009504771 | Chicken Soup for the Soul: Just For Teenagers: 101 Stories of Inspiration and Support for Teens | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0009504772 | Chicken Soup for the Soul: Devotional Stories For Tough Times: 101 Daily Devotions to Inspire and Support You in Times of Need | Susan M. Heim, Karen Talcott |
| TX0009494280 | Chicken Soup for the Soul: Answered Prayers: 101 Stories of Hope, Miracles, Faith, Divine Intervention, and the Power of Prayer | Jack Canfield, Mark Victor Hansen, LeAnn Thieman |
| TX0009494282 | Chicken Soup for the Soul: Find Your Happiness: 101 Stories about Finding Your Purpose, Passion, and Joy. | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0009503365 | Chicken Soup for the Soul: O Canada: 101 Heartwarming and Inspiring Stories by and for Canadians | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0009492476 | Chicken Soup for the Soul: Food And Love: 101 Stories Celebrating Special Times with Family and Friends? and Recipes Too! | Amy Newmark |
| TX0009504312 | Chicken Soup for the Soul: Tough Times For Teens: 101 Stories about the Hardest Parts of Being a Teenager | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0009519717 | Chicken Soup for the Soul: The Magic Of Mothers & Daughters: 101 Inspirational and Entertaining Stories about That Special Bond | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0009519672 | Chicken Soup for the Soul: Stay-At-Home Moms: 101 Inspirational Stories for Mothers about Hard Work and Happy Families | Jack Canfield, Mark Victor Hansen, Wendy Walker |
| TX0009505915 | Chicken Soup for the Soul: Family Caregivers: 101 Stories of Love, Sacrifice, and Bonding | Joan Lunden, Amy Newmark |
| TX0009499619 | Chicken Soup for the Soul: Here Comes The Bride: 101 Stories of Love, Laughter, and Family | Jack Canfield, Mark Victor Hansen, Susan M. Heim |
| TX0009499738 | Chicken Soup for the Soul: Boost Your Brain Power!: You Can Improve and Energize Your Brain at Any Age | Dr. Marie Pasinski with Liz Neporent |

| Copyright Registration No. | Title | Author(s) |
|---|---|---|
| TX0009497370 | Chicken Soup for the Soul: Say Goodbye To Back Pain!: How to Handle Flare-Ups, Injuries, and Everyday Back Health | Dr. Julie Silver |
| TX0009497369 | Chicken Soup for the Soul: Say Goodbye To Stress: Manage Your Problems, Big and Small, Every Day | Dr. Jeff Brown with Liz Neporent |
| TX0009497367 | Chicken Soup for the Soul: Say Hello To A Better Body!: Weight Loss and Fitness for Women Over 50 | Dr. Suzanne Koven |
| TX0009497368 | Chicken Soup for the Soul: Married Life!: 101 Inspirational Stories about Fun, Family, and Wedded Bliss | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0009503373 | Chicken Soup for the Child's Soul | Jack Canfield, Mark Victor Hansen, Patty Hansen and Irene Dunlap |
| TX0009508140 | Chicken Soup for the Soul: Hope & Healing For Your Breast Cancer Journey: Surviving and Thriving During and After Your Diagnosis and Treatment | Dr. Julie Silver |
| TX0009524287 | Chicken Soup for the Soul: Think Positive For Great Health: Use Your Mind to Promote Your Own Healing and Wellness | Dr. Jeff Brown |
| TX0009503279 | Chicken Soup for the Soul: I Can't Believe My Cat Did That!: 101 Stories about the Crazy Antics of Our Feline Friends | Jack Canfield, Mark Victor Hansen, Jennifer Quasha |
| TX0009527621 | Taste Of Chicken Soup For The Christian Family Soul | Jack Canfield, Mark Victor Hansen, Patty Aubery and Nancy Mitchell-Autio |
| TX0009527617 | Taste Of Chicken Soup For The Christian Soul | Jack Canfield, Mark Victor Hansen, Patty Aubery and Nancy Mitchell |
| TX0009523108 | Taste Of Chicken Soup For The Couple's Soul | Jack Canfield, Mark Victor Hansen, Mark & Chrissy Donnelly and Barbara DeAngelis, Ph.D. |
| TX0009523062 | Taste Of Chicken Soup For The Grandparent's Soul | Jack Canfield, Mark Victor Hansen, Meladee McCarty and Hanoch McCarty |
| TX 9-542-041 | TASTE OF CHICKEN SOUP FOR THE MOTHER'S SOUL 2 | Jack Canfield, Mark Victor Hansen, Marci Shimoff and Carol Kline |
| TX 9-542-055 | TASTE OF CHICKEN SOUP FOR THE TEENAGE SOUL III | Jack Canfield, Mark Victor Hansen and Kimberly Kirberger |
| TX 9-544-036 | TASTE OF CHICKEN SOUP TO INSPIRE A WOMAN'S SOUL | Jack Canfield, Mark Victor Hansen and Stephanie Martson |
| TX0009502702 | Chicken Soup for the Soul: Finding My Faith: 101 Inspirational Stories about Life, Belief, and Spiritual Renewal | Jack Canfield, Mark Victor Hansen, Susan M. Heim |
| TX0009502708 | Chicken Soup for the Soul: The Power of Positive: 101 Inspirational Stories about Changing Your Life through Positive Thinking | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0009507401 | Chicken Soup for the Soul: Angels Among Us: 101 Inspirational Stories of Miracles, Faith, and Answered Prayers | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0009514752 | Chicken Soup for the Soul: Billy Graham & Me: 101 Inspiring Personal Stories from Presidents, Pastors, Performers, and Other People Who Know Him Well | Steve Posner, Amy Newmark |
| TX0009507392 | Chicken Soup for the Soul: Parenthood: 101 Heartwarming and Humorous Stories about the Joys of Raising Children of All Ages | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0009507407 | Chicken Soup for the Soul: Raising Kids On The Spectrum: 101 Inspirational Stories for Parents of Children with Autism and Asperger?s | Dr. Rebecca Landa, Mary Beth Marsden, Nancy Burrows, Amy Newmark |
| TX0009507385 | Chicken Soup for the Soul: Inspiration For Writers: 101 Motivational Stories for Writers ? Budding or Bestselling ? from Books to Blogs | Jack Canfield, Mark Victor Hansen, Amy Newmark, Susan M. Heim |
| TX0009505558 | Chicken Soup for the Soul: 20th Anniversary | Jack Canfield, Mark Victor Hansen, Amy Newmark |

| Copyright Registration No. | Title | Author(s) |
|---|---|---|
| TX0009513495 | Chicken Soup for the Soul: Reader's Choice 20th Anniversary Edition: The Chicken Soup for the Soul Stories that Changed Your Lives | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0009489379 | The Original! Chicken Soup for the Soul: 20th Anniversary Edition: All Your Favorite Original Stories Plus 20 Bonus Stories for the Next 20 Years | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0009499480 | Chicken Soup for the Soul: From Lemons To Lemonade: 101 Positive, Practical, and Powerful Stories about Making the Best of a Bad Situation | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0009499485 | Chicken Soup for the Soul: Devotional Stories For Wives: 101 Daily Devotions to Comfort, Encourage, and Inspire You | Susan M. Heim, Karen Talcott |
| TX0009493911 | Chicken Soup for the Soul: It's Christmas: 101 Joyful Stories about the Love, Fun, and Wonder of the Holidays | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0009493913 | Chicken Soup for the Soul: Miraculous Messages From Heaven: 101 Stories of Eternal Love, Powerful Connections, and Divine Signs from Beyond | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0009503676 | Chicken Soup for the Soul: Think Positive For Kids: 101 Stories about Good Decisions, Self-Esteem, and Positive Thinking | Kevin Sorbo, Amy Newmark |
| TX0009503672 | Chicken Soup for the Soul: Just Us Girls: 101 Stories about Friendship for Women of All Ages | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0009503673 | Chicken Soup for the Soul: O Canada The Wonders Of Winter: 101 Stories about Bad Weather, Good Times, and Great Sports | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0009503671 | Chicken Soup for the Soul: The Dating Game: 101 Stories about Looking for Love and Finding Fairytale Romance! | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0009503674 | Chicken Soup for the Soul: Miracles Happen: 101 Inspirational Stories about Hope, Answered Prayers, and Divine Intervention | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0009498314 | Chicken Soup for the Soul: The Multitasking Mom's Survival Guide: 101 Inspiring and Amusing Stories for Mothers Who Do It All | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0009504774 | Chicken Soup for the Soul: Living With Alzheimer's & Other Dementias: 101 Stories of Caregiving, Coping, and Compassion | Amy Newmark, Angela Timashenka Geiger |
| TX0009506728 | Sopa de Pollo para el Alma del Adolescente | Jack Canfield, Mark Victor Hansen, Kimberly Kirberger |
| TX 9-506-725 | Sopa de Pollo para el Alma del Trabajador | Jack Canfield, Mark Victor Hansen, Maida Rogerson, Martin Rutte and Tim Clauss |
| TX0009506743 | Un Tercer Plato de Sopa de Pollo para el Alma | Jack Canfield, Mark Victor Hansen |
| TX0009505677 | Chicken Soup for the Soul: Home Sweet Home: 101 Stories about Hearth, Happiness, and Hard Work | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0009505685 | Chicken Soup for the Soul: Recovering From Traumatic Brain Injuries: 101 Stories of Hope, Healing, and Hard Work | Amy Newmark, Dr. Carolyn Roy-Bornstein |
| TX0009503358 | Una 2a Ración de Sopa de Pollo para el Alma de la Mujer | Jack Canfield, Mark Victor Hansen, Jennifer Read Hawthorne and Marci Shimoff |
| TX0009505937 | Chicken Soup for the Soul: The Dog Did What?: 101 Amazing Stories of Magical Moments, Miracles and?Mayhem | Amy Newmark |
| TX0009502938 | Chicken Soup for the Soul: Reboot Your Life: 101 Stories about Finding a New Path to Happiness | Amy Newmark, Claire Cook |
| TX0009502876 | Chicken Soup for the Soul :Touched By An Angel: 101 Miraculous Stories of Faith, Divine Intervention, and Answered Prayers | Amy Newmark |

| Copyright Registration No. | Title | Author(s) |
|---|---|---|
| TX0009502879 | Chicken Soup for the Soul: Find Your Inner Strength :101 Empowering Stories of Resilience, Positive Thinking & Overcoming Challenges | Amy Newmark |
| TX0009506730 | Sopa de Pollo para Alma de la Madre | Jack Canfield, Mark Victor Hansen, Jennifer Read Hawthorne and Marci Shimoff |
| TX0009506720 | Sopa de Pollo para el Alma del Cristiano | Jack Canfield, Mark Victor Hansen, Patty Auberyand Nancy Mitchell |
| TX0009503154 | Chicken Soup for the Soul: The Power of Forgiveness :101 Stories about How to Let Go and Change Your Life | Amy Newmark, Anthony Anderson |
| TX0009506717 | Chicken Soup for the Soul: Thanks To My Mom: 101 Stories of Gratitude, Love, and Lessons | Amy Newmark, Jo Dee Messina |
| TX0009503353 | Chicken Soup for the Soul: Be Best You Can Be | Amy Newmark, Dr. Milton Boniuk |
| TX0009506723 | Chicken Soup for the Soul: The Joy of Adoption: 101 Stories about Forever Families and Meant-to-Be Kids | Amy Newmark, LeAnn Thieman |
| TX0009509425 | Chicken Soup for the Soul: Time To Thrive: 101 Inspiring Stories about Growth, Wisdom, and Dreams | Amy Newmark, Loren Slocum Lahav |
| TX0009503367 | Chicken Soup for the Soul: Create Best Future | Amy Newmark, Dr. Milton Boniuk |
| TX0009510300 | Chicken Soup for the Soul: Inspiration For Nurses: 101 Stories of Appreciation & Wisdom | Amy Newmark, LeAnn Thieman |
| TX0009510291 | Chicken Soup for the Soul: Volunteering & Giving Back: 101 Inspiring Stories about Purpose and Passion | Amy Newmark |
| TX0009503350 | Chicken Soup for the Soul: Raising Great Kids | Amy Newmark, Dr. Milton Boniuk |
| TX0009510285 | Chicken Soup for the Soul: Dreams & Premonitions: 101 Amazing Stories of Miracles, Divine Intervention, and Insight | Amy Newmark, Kelly Sullivan Walden |
| TX0009499149 | Chicken Soup for the Soul: Think Possible: 101 Stories about Using a Positive Attitude to Improve Your Life | Amy Newmark, Deborah Norville |
| TX0009499147 | Chicken Soup for the Soul: Merry Christmas: 101 Joyous Holiday Stories | Amy Newmark |
| TX0009506615 | Chicken Soup for the Soul: My Very Good, Very Bad Cat: 101 Heartwarming Stories About Our Happy, Heroic & Hilarious Pets | Amy Newmark |
| TX0009506607 | Chicken Soup for the Soul: My Very Good, Very Bad Dog: 101 Heartwarming Stories About Our Happy, Heroic & Hilarious Pets | Amy Newmark |
| TX0009506610 | Chicken Soup for the Soul: For Mom, With Love: 101 Stories About Why We Love Our Mothers | Amy Newmark |
| TX0009506605 | Chicken Soup for the Soul: The Joy of Less: 101 Stories About Having More By Simplifying Our Lives | Amy Newmark, Brooke Burke-Charvet |
| TX0009509432 | Chicken Soup for the Soul: The Spirit of America: 101 Stories About What Makes Our Country Great | Amy Newmark |
| TX0009509422 | Chicken Soup for the Soul: The Power of Gratitude: 101 Stories About How Being Thankful Can Change Your Life | Amy Newmark, Deborah Norville |
| TX0008334010 | Chicken Soup for the Soul Simply Happy | Amy Newmark |
| TX0009505070 | Chicken Soup for the Soul: Joy Of Christmas: 101 Holiday Tales of Inspiration, Love and Wonder | Amy Newmark |
| TX0009505071 | Chicken Soup for the Soul: Angels And Miracles: 101 Inspirational Stories About Hope, Answered Prayers, and Divine Intervention | Amy Newmark |
| TX0009504872 | Chicken Soup for the Soul: Curvy & Confident: 101 Stories About Loving Yourself and Your Body | Amy Newmark, Supermodel Emme, Natasha Stoynoff |
| TX0009504860 | Chicken Soup for the Soul: Random Actos Of Kindness: 101 Stories of Compassion and Paying It Forward | Amy Newmark |
| TX0009503504 | Chicken Soup for the Soul: Best Mom, Ever: 101 Stories of Gratitude, Love and Wisdom | Amy Newmark |

| Copyright Registration No. | Title | Author(s) |
|---|---|---|
| TX0009498322 | Chicken Soup for the Soul: Inspiration For Teachers: 101 Stories About How You Make A Difference | Amy Newmark, Alex Kajitani |
| TX0009498329 | Chicken Soup for the Soul: Military Families: 101 Stories About The Force Behind The Forces | Amy Newmark |
| TX0009504924 | Chicken Soup for the Soul: The Spirit Of Canada: 101 Stories of Love and Gratitude | Amy Newmark, Janet Matthews |
| TX0009507388 | Chicken Soup for the Soul: The Cat Really Did That?: 101 Stories of Miracles, Mischief and Magical Moments | Amy Newmark |
| TX0009507408 | Chicken Soup for the Soul: The Dog Really Did That?: 101 Stories of Miracles, Mischief and Magical Moments | Amy Newmark |
| TX0009507398 | Chicken Soup for the Soul: My Kind (Of) America: 101 Stories About The True Spirit Of Our Country | Amy Newmark |
| TX0009523432 | Chicken Soup for the Soul: Dreams And The Unexplainable: 101 Eye-Opening Stories About Premonitions and Miracles | Amy Newmark, Kelly Sullivan Walden |
| TX0009503667 | Chicken Soup for the Soul: A Book Of Christmas Miracles: 101 Stories of Holiday Hope and Happiness | Amy Newmark |
| TX0009503668 | Chicken Soup for the Soul: Step Outside Your Comfort Zone: 101 Stories About Trying New Things, Overcoming Fears and Broadening Your World | Amy Newmark |
| TX0009493914 | Chicken Soup for the Soul: Miracles And More: 101 Storiess About Divine Intervention, Answered Prayers, And Messages From Heaven | Amy Newmark |
| TX0009503669 | Chicken Soup for the Soul: My Amazing Mom: 101 Stories of Love And Appreciation | Amy Newmark |
| TX0009503666 | Chicken Soup for the Soul: My Crazy Family: 101 Stories About Wacky, Lovable People In Our Lives | Amy Newmark |
| TX0009500533 | Chicken Soup for the Soul: The Empowered Woman: 101 Stories About Being Confident, Courageous And Your True Self | Amy Newmark |
| TX0009500646 | Chicken Soup for the Soul: The Miracle Of Love: 101 Stories About Hope, Soul Mates And New Beginnings | Amy Newmark |
| TX0009500550 | Chicken Soup for the Soul: The Power of Yes!: 101 Stories About Adventure, Change And Positive Thinking | Amy Newmark |
| TX0009500525 | Chicken Soup for the Soul: Think, Act & Be Happy: How to Use Chicken Soup for the Soul Stories to Train Your Brain to Be Your Own Therapist | Amy Newmark, Dr. Mike Dow |
| TX0009506774 | Chicken Soup for the Soul: The Wonder Of Christmas: 101 Stories About The Joy Of The Season | Amy Newmark |
| TX0009497241 | Chicken Soup for the Soul: Canadian Acts Of Kindness: 101 Stories Of Caring and Compassion | Amy Newmark |
| TX0009485906 | Chicken Soup for the Soul: The Best Advice I Ever Heard: 101 Stories of Epiphanies and Wise Words | Amy Newmark |
| TX0009497244 | Chicken Soup for the Soul: Messages From Heaven And Other Miracles: 101 Stories Of Angels, Answered Prayers And Love That Doesn't Die | Amy Newmark |
| TX0009497238 | Chicken Soup for the Soul: Mom Knows Best: 101 Stories of Love, Gratitude & Wisdom | Amy Newmark |
| TX0009484927 | Chicken Soup for the Soul: Grandparents: 101 Stories of Love, Laughs and Lessons Across The Generations | Amy Newmark |
| TX0009497248 | Chicken Soup for the Soul: Life Lessons From The Dog: 101 Tales Of Family, Friendship and Fun | Amy Newmark |
| TX0009485896 | Chicken Soup for the Soul: Life Lessons From The Cat: 101 Tales Of Family, Friendship and Fun | Amy Newmark |
| TX0009506757 | Chicken Soup for the Soul: Running For Good: 101 Stories for Runner's & Walkers To Get You Going! | Amy Newmark, Dean Karnazes |

| Copyright Registration No. | Title | Author(s) |
|---|---|---|
| TX0009506754 | Chicken Soup for the Soul: Angels All Around: 101 Inspirational Stories of Miracles, Divine Intervention and Answered Prayers | Amy Newmark |
| TX0009485900 | Chicken Soup for the Soul: Think Positive, Live Happy: 101 Stories About Creating Your Best Life | Amy Newmark, Deborah Norville |
| TX0009499006 | Chicken Soup for the Soul: It's Beginning To Look A Lot Like Christmas: 101 Tales of Holiday Love & Wonder | Amy Newmark |
| TX0009499011 | Chicken Soup for the Soul: Believe In Miracles: 101 Stories of Hope, Answered Prayers and Divine Intervention | Amy Newmark |
| TX0009485895 | Chicken Soup for the Soul: The Magic Of Moms: 101 Stories of Gratitude, Wisdom and Miracles | Amy Newmark |
| TX0009500587 | Chicken Soup for the Soul: Laughter Is The Best Medicine: 101 Feel Good Stories | Amy Newmark |
| TX0009485892 | Chicken Soup for the Soul: The Magic Of Cats: 101 Tales of Family, Friendship & Fun | Amy Newmark |
| TX0009503370 | Chicken Soup for the Soul: The Magic of Dogs: 101 Tales Of Family, Friendship & Fun | Amy Newmark |
| TX0009484749 | Chicken Soup for the Soul: Listen To Your Dreams: 101 Tales Of Inner Guidance, Divine Intervention And Miraculous Insight | Amy Newmark |
| TX0009504918 | Chicken Soup for the Soul: Christmas Is In The Air: 101 Stories About The Most Wonderful Time Of The Year | Amy Newmark |
| TX0009484887 | Chicken Soup for the Soul: Think Positive For Preteens | Amy Newmark |
| TX0009497993 | Chicken Soup for the Soul: Think Positive For Teens | Amy Newmark |
| TX0009505283 | Chicken Soup for the Soul: Age Is Just A Number: 101 Tales of Humor & Wisdom for Life After 60 | Amy Newmark |
| TX0009505282 | Chicken Soup for the Soul: Miracles and Divine Intervention: 101 Stories of Faith and Hope | Amy Newmark |
| TX0009503551 | Chicken Soup for the Soul: Making Me Time: 101 Stories About Self-Care and Balance | Amy Newmark |
| TX0009503547 | Chicken Soup for the Soul: Be You: 101 Stories of Affirmation, Determination and Female Empowerment | Amy Newmark |
| TX0009503544 | Chicken Soup for the Soul: Read, Laugh, Repeat: 101 Laugh-Out Loud Stories | Amy Newmark |
| TX0009503320 | Chicken Soup for the Soul: I'm Speaking Now: Black Women Share Their Truth in 101 Stories of Love, Courage and Hope | Amy Newmark, Breena Clarke |
| TX0009493916 | Chicken Soup for the Soul: Navigating Eldercare & Dementia: 101 Stories for Family Caregivers | Amy Newmark |
| TX0009513496 | Chicken Soup for the Preteen Soul: 21st Anniversary Edition: An Update of the 2000 Classic | Jack Canfield, Mark Victor Hansen, Patty Hansen, Irene Dunlap, Amy Newmark |
| TX0009503399 | Chicken Soup for the Teenage Soul: 25th Anniversary Edition: An Update of the 1997 Classic | Jack Canfield, Mark Victor Hansen, Kimberly Kirberger, Amy Newmark |
| TX0009508529 | Chicken Soup for the Soul: My Hilarious, Heroic Human Dog: 101 Tales of Canine Companionship | Amy Newmark |
| TX0009496627 | Chicken Soup for the Soul: The Blessings of Christmas: 101 Tales of Holiday Joy, Kindness and Gratitude | Amy Newmark |
| TX0009496629 | Chicken Soup for the Soul: Tough Times Won't Last But Tough People Will: 101 Stories about Overcoming Life's Challenges | Amy Newmark |
| TX0009499546 | Chicken Soup for the Soul: Believe In Angels: 101 Inspirational Stories of Hope, Miracles and Answered Prayers | Amy Newmark |
| TX0009499564 | Chicken Soup for the Soul: Grieving, Loss and Healing: 101 Stories of Comfort and Moving Forward | Amy Newmark |

| Copyright Registration No. | Title | Author(s) |
|---|---|---|
| TX0009499532 | Chicken Soup for the Soul: Kindness Matters: 101 Feel-Good Stories of Compassion & Paying it Forward | Amy Newmark |
| TX0009499732 | Chicken Soup for the Soul: Too Funny!: 101 Hilarious Stories to Brighten Your Day | Amy Newmark |
| TX0009499736 | Chicken Soup for the Soul: Your 10 Keys to Happiness: 101 Real-Life Stories that Will Show You How to Improve Your Life | Amy Newmark |
| TX0009499731 | Chicken Soup for the Soul: Attitude of Gratitude: 101 Stories About Counting Your Blessings & The Power of Thankfulness | Amy Newmark |
| TX0009502703 | Chicken Soup for the Soul: Miracles And The Unexplainable: 101 Stories of Hope, Answered Prayers and Divine Intervention | Amy Newmark |
| TX0009502707 | Chicken Soup for the Soul: The Magic of Christmas: 101 Tales of Holiday, Joy, Love and Gratitude | Amy Newmark |
| TX0009503510 | Chicken Soup for the Soul: Devotional Stories For Mothers and Grandmothers: 101 Devotions with Scripture, Real-Life Stories & Custom Prayers | Susan M. Heim, Karen Talcott |
| TX0009503362 | Chicken Soup for the Soul: My Wonderful, Wacky Family: 101 Loving Stories about Our Crazy, Quirky Families | Amy Newmark |
| TX0009503513 | Chicken Soup for the Soul: Lessons Learned From My Dog | Amy Newmark |
| TX0009503508 | Chicken Soup for the Soul: Lessons Learned From My Cat | Amy Newmark |
| TX0009503522 | Chicken Soup for the Soul: The Advice That Changed My Life: 101 Stories of Epiphanies and Wise Words | Amy Newmark |
| TX0009503521 | Chicken Soup for the Soul: Well That Was Funny: 101 Feel Good Stories | Amy Newmark |
| TX0009513099 | Chicken Soup for the Soul: 30th Anniversary Edition | Jack Canfield, Mark Victor Hansen, Amy Newmark |
| TX0009497668 | Chicken Soup for the Soul: Get Out of Your Comfort Zone: 101 Stories about Trying New Things, Overcoming Fear and Broadening Your World | Amy Newmark |
| TX0009499851 | Chicken Soup for the Soul: Angels and the Miraculous: 101 Inspirational Stories of Faith, Miracles and Answered Prayers | Amy Newmark |
| TX0009499850 | Chicken Soup for the Soul: Time for Christmas: 101 Tales of Holiday Joy, Love & Gratitude | Amy Newmark |
| TX0009492541 | Chicken Soup for the Soul: Angels and Miracles Coloring Book | Amy Newmark |