UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHICKEN SOUP FOR THE SOUL, LLC,

Plaintiff(s),

v.

ANTHROPIC PBC, et al.                ,

Defendant(s).

Case No. 3:26-cv-02333-LJC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** (CIVIL LOCAL RULE 11-3)

I, Christopher M. Rigali     , an active member in good standing of the bar of District of Columbia Court of Appeals, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff                in the above-entitled action. My local co-counsel in this case is Elizabeth Brannen          , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 226234           .

1717 K. Street NW, Ste 900
Washington, DC 20006
MY ADDRESS OF RECORD

17785 Center Court Dr. N, Ste 600
Cerritos, CA 90703
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(202) 240-1415
MY TELEPHONE # OF RECORD

(213) 995-6800
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

crigali@stris.com
MY EMAIL ADDRESS OF RECORD

ebrannen@stris.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1034475       .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1       times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 25, 2026

Christopher M. Rigali
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Christopher M. Rigali is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 25, 2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE

Updated 11/2021

2



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,*
*the District of Columbia Bar does hereby certify that*

# *Christopher M Rigali*

*was duly qualified and admitted on September 9, 2016 as an attorney and counselor entitled to*
*practice before this Court; and is, on the date indicated below, an Active member in good*
*standing of this Bar.*

***In Testimony Whereof,***
***I have hereunto subscribed my***
***name and affixed the seal of this***
***Court at the City of***
***Washington, D.C., on February 03, 2026.***

***JULIO A. CASTILLO***
***Clerk of the Court***

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*