Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
**STRIS & MAHER LLP**
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
**STRIS & MAHER LLP**
1717 K St NW Suite 900
Washington, DC 20006
T: (202) 800-5749

Bridget Asay (*pro hac vice* forthcoming)
basay@stris.com
**STRIS & MAHER LLP**
15 East State Street, Suite 2
Montpelier, VT 05602
T: (802) 858-4285

Kyle Roche (*pro hac vice* forthcoming)
kroche@fnf.law
Devin (Velvel) Freedman (*pro hac vice* forthcoming)
vel@fnf.law
Alex Potter (*pro hac vice* forthcoming)
apotter@fnf.law
**FREEDMAN NORMAND FRIEDLAND LLP**
155 E. 44th Street, Suite 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CHICKEN SOUP FOR THE SOUL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ANTHROPIC PBC, *et al.*,<br><br>Defendants. | Case No.  3:26-cv-02333-VC<br><br>**JOINT STIPULATION TO EXTEND OPENAI DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT [CIV. L.R. 6-1(A)]**<br><br>Judge: Hon. Vince Chhabria<br><br>Complaint Filed: March 17, 2026 |

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Pursuant to Civil Local Rule 6-1(a), Plaintiff Chicken Soup for the Soul, LLC ("Plaintiff") and Defendants OpenAI, Inc., OpenAI OpCo LLC, OpenAI GP LLC, OpenAI Global LLC, OAI Corporation LLC, and OpenAI Holdings LLC (together "OpenAI Defendants") (collectively, the "Parties"), through their undersigned counsel, hereby stipulate and declare as follows:

WHEREAS, Plaintiff filed its complaint (the "Complaint") on March 17, 2026 (ECF 1);

WHEREAS, all of the OpenAI Defendants except for OAI Corporation LLC were served in this matter on or about March 24, 2026;

WHEREAS, all of the OpenAI Defendants except for OAI Corporation LLC currently have until April 14, 2026, to answer or respond to the Complaint;

WHEREAS, OAI Corporation LLC was served in this matter on or about March 26, 2026;

WHEREAS, OAI Corporation LLC has until April 16, 2026, to answer or respond to the Complaint;

WHEREAS, Civil Local Rule 6-1(a) permits the parties to "stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint" so long as "the change will not alter the date of any event or any deadline already fixed by Court order";

WHEREAS, the OpenAI Defendants have requested, and Plaintiff has consented to, additional time for the OpenAI Defendants to answer or otherwise respond to the Complaint;

WHEREAS, the OpenAI Defendants have not made any prior requests for an extension of time to respond to the Complaint in this case, and this extension will not alter the date for any event or any deadline already fixed by Court order;

WHEREAS, the Parties agree this stipulation does not waive any claim, right, or defense;

THEREFORE, the Parties, by and through their respective undersigned counsel, HEREBY STIPULATE AND AGREE, as follows:

The OpenAI Defendants' time to file a responsive pleading to the Complaint shall be, and is, extended to June 15, 2026.

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Dated: April 9, 2026

By: */s/ Elizabeth Brannen*

**STRIS & MAHER LLP**
Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Bridget Asay (*pro hac vice* forthcoming)
basay@stris.com
15 East State Street, Ste 2
Montpelier, VT 05602
T: (802) 858-4285
Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

**FREEDMAN NORMAND FRIEDLAND LLP**
Devin (Velvel) Freedman (*pro hac vice* forthcoming)
vel@fnf.law
Kyle Roche (*pro hac vice* forthcoming)
kroche@fnf.law
Alex Potter (*pro hac* vice *forthcoming*)
apotter@fnf.law
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiff*

Dated: April 9, 2026

By: */s/ Rose S. Lee*

**MORRISON & FOERSTER LLP**
Rose S. Lee (SBN 294658)
roselee@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000

*Counsel for Defendants OpenAI, Inc., OpenAI OpCo LLC, OpenAI GP LLC, OpenAI Global LLC, OAI Corporation LLC, and OpenAI Holdings LLC*

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

**ATTESTATION**

In compliance with Civil Local Rule 5-1(h)(3), regarding signatures, I hereby attest that I have obtained the concurrence in the filing of this document from all signatories.


Dated: April 9, 2026                              By: */s/ Elizabeth Brannen*
                                                       Elizabeth Brannen (SBN 226234)

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT