Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
**STRIS & MAHER LLP**
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
**STRIS & MAHER LLP**
1717 K St NW Suite 900
Washington, DC 20006
T: (202) 800-5749

Bridget Asay (*pro hac vice* forthcoming)
basay@stris.com
**STRIS & MAHER LLP**
15 East State Street, Suite 2
Montpelier, VT 05602
T: (802) 858-4285

Kyle Roche (*pro hac vice* forthcoming)
kroche@fnf.law
Devin (Velvel) Freedman (*pro hac vice* forthcoming)
vel@fnf.law
Alex Potter (*pro hac vice* forthcoming)
apotter@fnf.law
**FREEDMAN NORMAND FRIEDLAND LLP**
155 E. 44th Street, Suite 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHICKEN SOUP FOR THE SOUL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ANTHROPIC PBC, *et al.*,<br><br>Defendants. | Case No.  3:26-cv-02333-VC<br><br>**JOINT STIPULATION WITH [PROPOSED] ORDER TO SEVER PLAINTIFF'S CLAIM AGAINST OPENAI DEFENDANTS FOR TRANSFER TO PENDING MULTIDISTRICT LITIGATION**<br><br>Judge: Hon. Vince Chhabria<br><br>Complaint Filed: March 17, 2026 |

Case No. 3:26-cv-02333-VC

JOINT STIPULATION AND [PROPOSED] ORDER TO SEVER PLAINTIFF'S CLAIM AGAINST OPENAI
DEFENDANTS FOR TRANSFER TO PENDING MULTIDISTRICT LITIGATION

Plaintiff Chicken Soup for the Soul, LLC ("Plaintiff") and Defendants OpenAI, Inc., OpenAI OpCo LLC, OpenAI GP LLC, OpenAI Global LLC, OAI Corporation LLC, and OpenAI Holdings LLC (together "OpenAI Defendants") (collectively, the "Parties"), through their undersigned counsel, hereby stipulate and declare as follows:

WHEREAS, Plaintiff filed its complaint (the "Complaint") on March 17, 2026 (ECF 1);

WHEREAS, all of the OpenAI Defendants except for OAI Corporation LLC were served in this matter on or about March 24, 2026;

WHEREAS, all of the OpenAI Defendants except for OAI Corporation LLC currently have until April 14, 2026, to answer or respond to the Complaint;

WHEREAS, OAI Corporation LLC was served in this matter on or about March 26, 2026;

WHEREAS, OAI Corporation LLC has until April 16, 2026, to answer or respond to the Complaint;

WHEREAS, there is an active multidistrict litigation ("MDL"), *In re: OpenAI, Inc., Copyright Infringement Litigation*, in which the Judicial Panel on Multidistrict Litigation transferred twelve litigations from this District and the Southern District of New York that "share factual questions arising from allegations that OpenAI and Microsoft used copyrighted works, without consent or compensation, to train their large language models (LLMs) . . . ." MDL No. 3143, ECF 85 (Transfer Order, Apr. 3, 2025);

WHEREAS, the Parties agree that Plaintiff's claim against the OpenAI Defendants should be severed so that such claim can be transferred to MDL No. 3143 for purposes of pretrial coordination;

WHEREAS, the Parties agree that severance and (subsequent) transfer of Plaintiff's claim against the OpenAI Defendants for such purposes is reasonable and serves the interests of judicial economy and efficiency;

WHEREAS, the Parties agree that this stipulation ("Stipulation") does not prejudice Plaintiff's right to amend the Complaint, should it choose, and that any amendment will be governed by the Federal Rules of Civil Procedure and any applicable court order;

JOINT STIPULATION AND [PROPOSED] ORDER TO SEVER PLAINTIFF'S CLAIM AGAINST OPENAI
DEFENDANTS FOR TRANSFER TO PENDING MULTIDISTRICT LITIGATION

WHEREAS, the Parties agree to effectuate the filing of a Notice of a Potential Tag-Along Action with the United States Judicial Panel on Multidistrict Litigation promptly, and intend to do so once the claim against the OpenAI Defendants has been severed;

WHEREAS, by entering into this Stipulation, the OpenAI Defendants do not admit any allegation or waive any defense, objection, or argument, and expressly preserve all rights.

THEREFORE, the Parties, by and through their respective undersigned counsel, HEREBY STIPULATE AND AGREE, as follows:

1. The Parties consent and stipulate to the severance of Plaintiff's claim against the OpenAI Defendants, pursuant to Federal Rule of Civil Procedure 21, by entering the accompanying [Proposed] Order;

2. The Parties agree and stipulate to the filing of a new complaint solely to restate the severed claim as presently pleaded against the OpenAI Defendants, if necessary and directed by the Court, and that any further amendment shall be governed by the Federal Rules of Civil Procedure and any applicable court order;

3. The Parties agree and stipulate that any applicable statute of limitations for the severed claim presently pleaded against the OpenAI Defendants is tolled from the date the Complaint in the above-captioned case was filed;

4. The Parties consent and stipulate to effectuate the filing in MDL No. 3143 of a Notice of Potential Tag-Along Action for the severed claim;

5. The relief stipulated to herein shall not affect Plaintiff's claims against any other named defendants, as to whom Plaintiff intends to continue to pursue its claims in this Court.

IN WITNESS WHEREOF and in agreement herewith, by and through their counsel, the Parties have executed and delivered this Stipulation as of the date first set forth below.

JOINT STIPULATION AND [PROPOSED] ORDER TO SEVER PLAINTIFF'S CLAIM AGAINST OPENAI DEFENDANTS FOR TRANSFER TO PENDING MULTIDISTRICT LITIGATION

Dated: April 9, 2026

By: _/s/ Elizabeth Brannen_

**STRIS & MAHER LLP**
Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Bridget Asay (*pro hac vice* forthcoming)
basay@stris.com
15 East State Street, Ste 2
Montpelier, VT 05602
T: (802) 858-4285
Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

**FREEDMAN NORMAND FRIEDLAND LLP**
Devin (Velvel) Freedman (*pro hac vice* forthcoming)
vel@fnf.law
Kyle Roche (*pro hac vice* forthcoming)
kroche@fnf.law
Alex Potter (*pro hac* vice *forthcoming*)
apotter@fnf.law
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiff*

Dated: April 9, 2026

By: _/s/ Rose S. Lee_

**MORRISON & FOERSTER LLP**
Rose S. Lee (SBN 294658)
roselee@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000

*Counsel for Defendants OpenAI, Inc., OpenAI OpCo LLC, OpenAI GP LLC, OpenAI Global LLC, OAI Corporation LLC, and OpenAI Holdings LLC*

JOINT STIPULATION AND [PROPOSED] ORDER TO SEVER PLAINTIFF'S CLAIM AGAINST OPENAI DEFENDANTS FOR TRANSFER TO PENDING MULTIDISTRICT LITIGATION

**<u>ATTESTATION</u>**

In compliance with Civil Local Rule 5-1(h)(3), regarding signatures, I hereby attest that I have obtained the concurrence in the filing of this document from all signatories.


Dated: April 9, 2026                          By: */s/ Elizabeth Brannen*
                                                   Elizabeth Brannen (SBN 226234)

JOINT STIPULATION AND [PROPOSED] ORDER TO SEVER PLAINTIFF'S CLAIM AGAINST OPENAI
DEFENDANTS FOR TRANSFER TO PENDING MULTIDISTRICT LITIGATION