UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CHICKEN SOUP FOR THE SOUL, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>ANTHROPIC PBC, et al.,<br><br>        Defendants. | Case No.  26-cv-02333-VC<br><br>**ORDER SEVERING CASES** |

It's obvious that the defendants in this case are improperly joined and that each defendant should be part of a separate lawsuit. Accordingly, it is ordered that the defendants in this case are severed. The defendant that will remain in this case is Meta, because the claims against Meta appear related to *Kadrey v. Meta* (23-cv-3417) and *Entrepreneur Media v. Meta* (25-cv-9579), which are already before the undersigned judge. All other defendants are dismissed without prejudice and the plaintiff, if it wishes to pursue claims against those defendants, must file new, separate lawsuits against each of them.

    **IT IS SO ORDERED.**

Dated: April 10, 2026

_____

VINCE CHHABRIA
United States District Judge