DUNN ISAACSON RHEE LLP
KAREN L. DUNN (*pro hac vice pending*)
kdunn@dirllp.com
JESSICA E. PHILLIPS (*pro hac vice pending*)
jphillips@dirllp.com
KYLE N. SMITH (*pro hac vice pending*)
ksmith@dirllp.com
401 9th Street NW
Washington, DC 20004
Telephone: (202) 240-2900

*Counsel for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHICKEN SOUP FOR THE SOUL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendants. | Case No. 3:26-cv-02333-VC<br><br>**JOINT STIPULATION TO EXTEND META PLATFORMS, INC.'S DEADLINE TO RESPOND TO COMPLAINT [CIV. L. R. 6-1(A)]**<br><br>Complaint Filed: March 17, 2026<br><br>Judge: Hon. Vince Chhabria |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Chicken Soup for the Soul, LLC and Defendants Meta Platforms, Inc. ("Meta") (collectively, the "Parties"), through their undersigned counsel, hereby stipulate and declare as follows:

WHEREAS, on March 17, 2026, Plaintiff filed their complaint against Meta, Anthropic PBC, Google LLC, OpenAI, Inc., OpenAI OPCO LLC, OpenAI GP LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, XAI Corporation, Perplexity AI, Inc., Apple, Inc., and NVIDIA Corporation (collectively, "Original Defendants");

WHEREAS, Meta was served with the Summons and Complaint on March 24, 2026;

WHEREAS, pursuant to Federal Rules of Civil Procedure 12(A)(1)(A)(i), Meta currently has until April 14, 2026, to answer or otherwise respond to the Complaint;

WHEREAS, on April 10, 2026, the Court issued an order *sua sponte* severing the Original Defendants in this case, with Meta being the only remaining defendant in the action;

WHEREAS, on April 10, 2026, the Court scheduled the initial Case Management Conference in this matter for May 1, 2026, and directed the parties to submit a Joint Case Management Statement by April 24, 2026;

WHEREAS, Civil Local Rule 6-1(a) permits the parties to "stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint" if "the change will not alter the date of any event or any deadline already fixed by Court order";

WHEREAS, Meta has requested, and Plaintiffs have consented to, additional time for Meta to answer or otherwise respond to the Complaint;

WHEREAS, Meta has not made any prior requests for an extension of time to answer or otherwise respond to the Complaint in this case, and this extension will not alter the date for any event or any deadline already fixed by Court order;

WHEREAS, the Parties agree this stipulation does not waive any claim, right, or defense;

THEREFORE, the Parties, by and through their respective undersigned counsel, HEREBY STIPULATE AND AGREE, as follows:

Meta's time to answer or otherwise respond to the Complaint shall be, and is, extended thirty (30) days from the original deadline, to May 14, 2026.

1

**IT IS SO STIPULATED.**

DATED:  April 14, 2026

/s/ Karen L. Dunn

**DUNN ISAACSON RHEE LLP**
Karen L. Dunn (*pro hac vice pending*)
Jessica E. Phillips (*pro hac vice pending*)
Kyle N. Smith (*pro hac vice pending*)
401 9th Street NW
Washington, DC 20004
Telephone: (202) 240-2900
Email: kdunn@dirllp.com
jphillips@dirllp.com
ksmith@dirllp.com

*Counsel for Defendant Meta Platforms, Inc.*

JOINT STIPULATION TO EXTEND META'S DEADLINE TO RESPOND TO COMPLAINT

DATED:  April 14, 2026

/s/ Christopher M. Rigali

**STRIS & MAHER LLP**
Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Bridget Asay (*pro hac vice forthcoming*)
basay@stris.com
15 East State Street, Ste 2
Montpelier, VT 05602
T: (802) 858-4285

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

**FREEDMAN NORMAND FRIEDLAND LLP**
Devin (Velvel) Freedman (*pro hac vice forthcoming*)
vel@fnf.law
Kyle Roche (*pro hac vice forthcoming*)
kroche@fnf.law
Alex Potter (*pro hac vice forthcoming*)
apotter@fnf.law
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

Case No. 5:25-cv-10897-PCP
JOINT STIPULATION TO EXTEND META'S DEADLINE TO RESPOND TO COMPLAINT

**L.R. 5-1 SIGNATURE ATTESTATION**

As the ECF user whose user ID and password are utilized in the filing of this document, I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

DATED: April 14, 2026                    */s/ Karen L. Dunn*
                                          Karen L. Dunn (*pro hac vice pending*)

JOINT STIPULATION TO EXTEND META'S DEADLINE TO RESPOND TO COMPLAINT