DUNN ISAACSON RHEE LLP
KAREN L. DUNN (*pro hac vice*)
kdunn@dirllp.com
JESSICA E. PHILLIPS (*pro hac vice*)
jphillips@dirllp.com
KYLE N. SMITH (*pro hac vice*)
ksmith@dirllp.com
401 9th Street NW
Washington, DC 20004
Telephone: (202) 240-2900

*Counsel for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHICKEN SOUP FOR THE SOUL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> Defendants. | Case No. 3:26-cv-02333-VC <br><br> **JOINT STIPULATION TO STAY META PLATFORMS, INC.'S DEADLINE TO RESPOND TO COMPLAINT [Civ. L. R. 6-1(A)]** <br><br> Complaint Filed: March 17, 2026 <br><br> Judge: Hon. Vince Chhabria |

Case No. 3:26-cv-02333

JOINT STIPULATION TO STAY META'S DEADLINE TO RESPOND TO COMPLAINT

Pursuant to Civil Local Rule 6-1(a), Plaintiff Chicken Soup for the Soul, LLC and Defendant Meta Platforms, Inc. ("Meta") (collectively, the "Parties"), through their undersigned counsel, hereby stipulate and declare as follows:

WHEREAS, on March 17, 2026, Plaintiff filed their complaint against Meta, Anthropic PBC, Google LLC, OpenAI, Inc., OpenAI OPCO LLC, OpenAI GP LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, XAI Corporation, Perplexity AI, Inc., Apple, Inc., and NVIDIA Corporation (collectively, "Original Defendants");

WHEREAS, Meta was served with the Summons and Complaint on March 24, 2026;

WHEREAS, on April 10, 2026, the Court issued an order severing the Original Defendants in this case, retaining Meta as the sole defendant in the action;

WHEREAS, on April 10, 2026, the Court scheduled the initial Case Management Conference in this matter for May 1, 2026, and directed the parties to submit a Joint Case Management Statement by April 24, 2026;

WHEREAS, on April 14, 2026, the Parties submitted a stipulation extending Meta's time to answer or otherwise respond to the Complaint in this case to May 14, 2026;

WHEREAS, on April 21, 2026, the Court, acting upon a stipulation, rescheduled the initial Case Management Conference to May 22, 2026, with the Joint Case Management Statement due by May 15, 2026;

WHEREAS, on May 6, 2026, counsel for Plaintiff indicated during a meet and confer that they intend to amend the Complaint in this case in relatively short order;

WHEREAS, Meta has requested, and Plaintiffs have consented to, a stay of the deadline for Meta to answer or otherwise respond to the Complaint in light of the forthcoming amendment;

WHEREAS, the Parties contemplate and agree that the stay will be lifted once the Court enters a Scheduling Order setting forth the deadlines for Plaintiffs to file an Amended Complaint and for Meta to answer or otherwise respond to such Amended Complaint;

WHEREAS, Civil Local Rule 6-1(a) permits the parties to "stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint" if "the change will not alter the date of any event or any deadline already fixed by Court order";

JOINT STIPULATION TO STAY META'S DEADLINE TO RESPOND TO COMPLAINT

WHEREAS, Meta previously requested an extension of time to answer or otherwise respond to the Complaint, which request was granted;

WHEREAS this extension will not alter the date for any event or any deadline already fixed by Court order;

WHEREAS, the Parties agree this stipulation does not waive any claim, right, or defense;

THEREFORE, the Parties, by and through their respective undersigned counsel, HEREBY STIPULATE AND AGREE, as follows:

Meta's time to answer or otherwise respond to the Complaint shall be stayed pending the filing of an amended complaint in this action.

**IT IS SO STIPULATED.**

DATED:  May 11, 2026

/s/ *Karen L. Dunn*
**DUNN ISAACSON RHEE LLP**
Karen L. Dunn (*pro hac vice*)
Jessica E. Phillips (*pro hac vice*)
Kyle N. Smith (*pro hac vice*)
401 9th Street NW
Washington, DC 20004
Telephone: (202) 240-2900
Email: kdunn@dirllp.com
jphillips@dirllp.com
ksmith@dirllp.com

*Counsel for Defendant Meta Platforms, Inc.*

DATED: May 11, 2026

*/s/ Christopher M. Rigali*

**STRIS & MAHER LLP**
Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Bridget Asay (*pro hac vice forthcoming*)
basay@stris.com
15 East State Street, Ste 2
Montpelier, VT 05602
T: (802) 858-4285

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

**FREEDMAN NORMAND FRIEDLAND LLP**
Devin (Velvel) Freedman (*pro hac vice forthcoming*)
vel@fnf.law
Kyle Roche (*pro hac vice forthcoming*)
kroche@fnf.law
Alex Potter (*pro hac vice forthcoming*)
apotter@fnf.law
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

JOINT STIPULATION TO STAY META'S DEADLINE TO RESPOND TO COMPLAINT

**L.R. 5-1 SIGNATURE ATTESTATION**

As the ECF user whose user ID and password are utilized in the filing of this document, I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

DATED:  May 11, 2026

*/s/ Karen L. Dunn*
Karen L. Dunn (*pro hac vice*)

JOINT STIPULATION TO EXTEND META'S DEADLINE TO RESPOND TO COMPLAINT