[Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

CAMBRONNE, INC. et al.,

Plaintiff

v.

META PLATFORMS, INC.,

Defendant.

CHICKEN SOUP FOR THE SOUL, LLC.,

Plaintiff,

v.

META PLATFORMS, INC.,

Defendant.

COGNELLA, INC.,

Plaintiff

v.

META PLATFORMS, INC.,

Defendant.

Case No. 3:26-cv-02333 VC

Case No. 3:26-cv-03725 VC

Case No. 3:26-cv-04053 VC

**CASE MANAGEMENT STATEMENT FILED BY DEFENDANT**

Pursuant to Civ. L.R. 16-9(a), Defendant Meta Platforms, Inc. ("Meta") provides this Case Management Statement in advance of the Case Management Conference scheduled in this Court for September 9, 2026 in the matters involving the "Three C's" (Cognella, Inc. ("Cognella"), Chicken Soup for the Soul, LLC ("Chicken Soup"), Cambronne Inc., Lisa Barretta, Jane Adams and Matthew Sacks ("*Cambronne* Plaintiffs" or Three C's)) (collectively the "Parties").

Meta understands from correspondence with the Three C's counsel preceding this Case Management Statement that the Three C's were amenable to joining the statement set forth below. However, Meta did not receive the Three C's formal assent to the filing of this Case Management Statement before the filing deadline. Accordingly, Meta is filing this Case Management Statement on its own behalf, while noting that it believes, based on communications with counsel for the Three C's, that it reflects the shared understandings of both sides.

There are no ripe issues that the Parties to the above-captioned actions wish to address with the Court during this Case Management Conference. The Parties have continued to meet and confer regarding certain issues and are hopeful they will be resolved without the need for court intervention. In addition, some issues are pending with Judge Hixson, and to the extent any other issues arise, the Parties will raise them with Judge Hixson in the first instance after attempting to resolve them without court intervention.

Dated: September 8, 2026

Respectfully submitted,

By: */s/ Phillip E. Morton*

**DUNN ISAACSON RHEE LLP**
Karen L. Dunn (pro hac vice)
Jessica E. Phillips (pro hac vice)
Kyle N. Smith (pro hac vice)
401 9th Street NW
Washington, DC 20004
Telephone: (202) 240-2900
Email: kdunn@dirllp.com
jphillips@dirllp.com
ksmith@dirllp.com

**COOLEY LLP**
Bobby A. Ghajar (198719)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500
Email: bghajar@cooley.com

Mark R. Weinstein (193043)
Elizabeth Lee Stameshkin (260865)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: 650-843-5000
Facsimile: 650-849-7400
Email: mweinstein@cooley.com
lstameshkin@cooley.com

Phillip E. Morton (pro hac vice)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 728-7055
pmorton@cooley.com

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
Angela Dunning
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304-1248
Telephone: (650) 815-4131
Email: adunning@cgsh.com

*Attorneys for Defendant*
*META PLATFORMS, INC.*