September 11, 2026

Via ECF

The Honorable Thomas S. Hixson
United States District Court for the Northern District of California
San Francisco Courthouse, Courtroom E – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Chicken Soup for the Soul, LLC v. Meta Platforms, Inc.*; Case No. 3:26-cv-02333-VC
**Joint Letter Brief RE: Meta's Motion to Compel Plaintiff's Responses to Meta's Second Set of Interrogatories**

Dear Magistrate Judge Hixson:

Defendant Meta Platforms, Inc. ("Meta") and Plaintiff Chicken Soup for the Soul, LLC ("Chicken Soup"), parties to the above-captioned action, submit this letter pursuant to Local Rule 37-3 regarding Chicken Soup's responses and objections to Meta's Second Set of Interrogatories (specifically, Interrogatory 16), served August 31, 2026 and attached as Exhibit A. Meta's second set of interrogatories to Chicken Soup included Interrogatory 16, which addresses structured data and information about when, precisely, Chicken Soup published each of the works in its catalog. Before tonight, the parties had not been able to form a common understanding over the scope of data the interrogatory sought. Meta's position is that the interrogatory calls for data on *all* Chicken Soup works, regardless of whether they are "asserted works," with the timeframe for the request spanning back to the time when Chicken Soup first published a work that it is asserting in the case. Chicken Soup had read the reference to "asserted works" in the interrogatory as meaning the interrogatory only called for information about the works Chicken Soup is asserting in the case.

Through a conferral process this evening, Chicken Soup has agreed to investigate the feasibility of obtaining data responsive to Meta's formulation of the interrogatory. Thus, the primary issue the parties were disputing—how to read the scope of the data the interrogatory calls for—is no longer in dispute. But, Chicken Soup does not yet know if it has or will be able to provide responsive data for its catalogue in line with Meta's formulation or prepared to promptly provide a complete data response that satisfies the interrogatory. Accordingly, the parties have agreed to confer over this issue into early next week, and provide a status update to the Court by next Tuesday, September 15 (with a letter brief regarding any request to compel that may be needed to follow no later than September 16). Chicken Soup agrees that any request to compel filed by September 16 as to this issue alone will not be untimely under Local Rule 37-3, given that an agreement was not reached until this evening. This letter does not pertain to Cognella, Inc. or the Cambronne plaintiffs.

Dated: September 11, 2026

Respectfully submitted,

By: /s/ Kyle Smith

*Counsel for Meta*

By: /s/ Lauren Martin

*Counsel for Chicken Soup*