Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
**STRIS & MAHER LLP**
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
**STRIS & MAHER LLP**
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

Kyle W. Roche (*pro hac vice*)
kroche@fnf.law
Devin (Velvel) Freedman
(*pro hac vice forthcoming*)
kroche@fnf.law
vel@fnf.law
**FREEDMAN NORMAND FRIEDLAND LLP**
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHICKEN SOUP FOR THE SOUL, LLC,<br>Plaintiff,<br>v.<br>META PLATFORMS, INC.,<br>Defendant. | Case No. 3:26-cv-02333-VC<br><br>**NOTICE OF ERRATA RELATED TO [ECF NO. 138] JOINT LETTER BRIEF REGARDING PLAINTIFFS' MOTION TO COMPEL DEFENDANT'S INTERROGATORY RESPONSES**<br><br>Trial Date: May 24, 2027<br>Date Action Filed: March 17, 2026 |
| COGNELLA, INC.,<br>Plaintiff,<br>v.<br>META PLATFORMS, INC.,<br>Defendant. | Case No. 3:26-cv-04053-VC<br><br>Trial Date: May 24, 2027<br>Date Action Filed: May 4, 2026 |
| CAMBRONNE, INC. ET AL.,<br>Plaintiffs,<br>v.<br>META PLATFORMS, INC.,<br>Defendant. | Case No. 3:26-cv-03725-VC<br><br>Trial Date: May 24, 2027<br>Date Action Filed: December 22, 2025 |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On September 11, 2026, Plaintiffs' counsel filed a Joint Letter Brief regarding Plaintiffs' Motion to Compel Defendant's Interrogatory Responses ("the Three Cs' Motion to Compel") at ECF No. 138. When attempting to file certain exhibits related to the Three Cs' Motion to Compel, Plaintiffs' counsel encountered a technical problem regarding the files intended to be Exhibits F, G, H, J, K, and L to the joint letter brief. Despite having been previously flattened, the Court's CM/ECF system did not accept these six documents and they could not be filed alongside the joint letter brief. *See* Declaration of Lauren Martin at ¶ 2. Plaintiffs' counsel proceeded to file the joint letter brief without these specific exhibits with the intention of filing corrected files after further troubleshooting.

Plaintiffs' counsel has remedied the problem related to these files and attach to this notice an attorney declaration and Exhibits F, G, H, J, K, and L that relate to the Three Cs' Motion to Compel filed at ECF No. 138.

Dated: September 12, 2026

Respectfully Submitted,

By /s/ Lauren Martin

**STRIS & MAHER LLP**
Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

**FREEDMAN NORMAND FRIEDLAND LLP**
Kyle W. Roche (*pro hac vice*)
kroche@fnf.law
Devin (Velvel) Freedman (*pro hac vice* forthcoming)
vel@fnf.law
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Attorneys for Plaintiffs*