Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
**STRIS & MAHER LLP**
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

*Counsel for Plaintiff*

Kyle W. Roche (*pro hac vice*)
kroche@fnf.law
Devin (Velvel) Freedman
(*pro hac vice forthcoming*)
vel@fnf.law
**FREEDMAN NORMAND FRIEDLAND LLP**
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHICKEN SOUP FOR THE SOUL, LLC,<br>Plaintiff,<br>v.<br>META PLATFORMS, INC.,<br>Defendant. | Case No. 3:26-cv-02333-VC (TSH)<br>~~[PROPOSED]~~ **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO AUTHORIZE ALTERNATIVE SERVICE OF SUBPOENAS**<br>Trial Date: May 24, 2027<br>Date Action Filed: March 17, 2026 |
| COGNELLA, INC.,<br>Plaintiff,<br>v.<br>META PLATFORMS, INC.,<br>Defendant. | Case No. 3:26-cv-04053-VC (TSH)<br>Trial Date: May 24, 2027<br>Date Action Filed: May 4, 2026 |
| CAMBRONNE, INC. ET AL.,<br>Plaintiffs,<br>v.<br>META PLATFORMS, INC.,<br>Defendant. | Case No. 3:26-cv-03725-VC (TSH)<br>Trial Date: May 24, 2027<br>Date Action Filed: December 22, 2025 |

Before the Court is Plaintiffs' Administrative Motion to Authorize Alternative Service of Subpoenas and Compel Compliance (the "Motion").

Having considered the Motion and the supporting record, and having found that Plaintiffs made numerous good-faith attempts to personally serve nonparty Stephen Roller, that Mr. Roller's residence has been confirmed, that Mr. Roller is represented by counsel, and that service of Plaintiffs' deposition and document subpoenas by overnight mail to Mr. Roller's confirmed residence and by email delivery to his counsel is reasonably calculated under the circumstances to provide Mr. Roller with both notice of the subpoenas and an opportunity to present objections, the Motion is hereby GRANTED.

IT IS FURTHER ORDERED that:

1. Plaintiffs' subpoena to testify at a deposition and subpoena to produce documents, each directed to Stephen Roller, are deemed served under Federal Rule of Civil Procedure 45 upon Plaintiffs' delivery of those subpoenas by overnight mail to Mr. Roller's residence and by email to his counsel.

2. Mr. Roller shall comply with the subpoenas, including by appearing for a deposition and producing responsive documents, at a reasonable time and place agreed by Plaintiffs and Mr. Roller in good faith.

3. Mr. Roller shall raise any objection to the subpoenas with this Court within 7 days of being served with this Order.

4. Plaintiffs shall serve this Order, along with additional copies of the subpoenas, via overnight First Class Mail or its equivalent, to Mr. Roller's personal address, and via email to Mr. Roller's counsel, within 1 day of this Order.

**IT IS SO ORDERED.**

Dated: September 18, 2026

The Honorable Thomas S. Hixson
United States Magistrate Judge