Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
**STRIS & MAHER LLP**
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Kyle W. Roche (*pro hac vice*)
kroche@fnf.law
**FREEDMAN NORMAND FRIEDLAND LLP**
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHICKEN SOUP FOR THE SOUL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:26-cv-02333-VC<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY AND EVIDENCE**<br><br>Trial Date: May 24, 2027<br>Date Action Filed: March 17, 2026 |
| COGNELLA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:26-cv-04053-VC<br><br>Trial Date: May 24, 2027<br>Date Action Filed: May 4, 2026 |
| CAMBRONNE, INC. ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:26-cv-03725-VC<br><br>Trial Date: May 24, 2027<br>Date Action Filed: December 22, 2025 |

Plaintiffs respectfully submit for the Court's reference the authority and evidence presented in a public court record filed in *In re OpenAI, Inc. Copyright Infringement Litigation*, No. 25-md-3143 (S.D.N.Y.), ECF No. 1977-1 (Sept. 17, 2026), attached as Exhibit A. The filing has bearing on Plaintiffs' pending motion for relief from the September 10, 2026 Discovery Order (ECF No. 131), including but not limited to:

- OpenAI's Head of ChatGPT wrote that its products pose an "existential threat" to publishers, "are largely substitutive, period," and "will get more and more substitutive as they get better." Ex. A at 1.
- Microsoft's Director of Applied Science described the use of copyrighted works to build these products as "an astonishing theft of unprecedented proportions." *Id.*
- OpenAI's VP of Research explained, "We train our networks to memorize the training data—that's their objective," and OpenAI employees acknowledged that GPT-4 "memorized a ton of data and therefore will be insanely good at regurgitation." *Id.* at 12.

Dated: September 23, 2026

Respectfully submitted,

*/s/ Elizabeth Brannen*

Elizabeth Brannen (SBN 226234)
John Stokes (SBN 310847)
Lauren Martin (SBN 294367)
**STRIS & MAHER LLP**
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299
ebrannen@stris.com
jstokes@stris.com
lmartin@stris.com

Kyle Roche (*pro hac vice* )
**FREEDMAN NORMAND FRIEDLAND LLP**
155 E. 44th Street, Suite 915
New York NY 10017
T: (646) 494-2900
kroche@fnf.law

*Counsel for Plaintiffs*