UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHICKEN SOUP FOR THE SOUL, LLC,
Plaintiff,

v.

META PLATFORMS INC.,
Defendant.

Case No. 26-cv-02333-VC (TSH)

**DISCOVERY ORDER**

Re: Dkt. Nos. 138, 140

The Three Cs move to compel further responses to rogs 2, 3-7, 13 and 15. However, the Court can't seem to find rogs 13 and 15, or Meta's responses to them, in the record. The Court **ORDERS** the parties to file them no later than October 6, 2026, or if they are on file and the Court has missed them, to file a notice identifying where in the record they may be found.

**IT IS SO ORDERED.**

Dated: October 1, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California